Chad R. Fears, Esq. (SBN 6970)
Brody R. Wight, Esq. (SBN 13615)
Hayley E. LaMorte, Esq. (SBN 14241)
**EVANS FEARS & SCHUTTERT MCNULTY MICKUS LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
702-805-0290
cfears@efsmmlaw.com
bwight@efsmmlaw.com
hlamorte@efsmmlaw.com

Thomas J. Sullivan, Esquire (*Pro Hac Vice Application To Be Filed*)
Joseph H. Blum, Esquire (*Pro Hac Vice Application To Be Filed*)
Kevin B. Dulaney, Esquire (*Pro Hac Vice Application To Be Filed*)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA  19103
215-278-2555
tsullivan@shb.com
jblum@shb.com
kdulaney@shb.com

*Attorneys for Defendant Zoetis, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| JENNIFER STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS, INC.; and DOES I-XX, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-00989-JAD-EJY**<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ZOETIS, INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, IT IS STIPULATED AND AGREED, by and between Plaintiff Jennifer Stephens individually and on behalf of all others similarly situated ("Plaintiff") and Defendants Zoetis, Inc. ("Zoetis"), through their respective counsel, that the time

1  for Zoetis to respond to Plaintiff's Complaint is extended from June 11, 2025 to July 18, 2025.
2  Defendant removed this action to this Court on June 4, 2025 and thus have until June 11, 2025 to
3  file an answer or responsive pleading.
4      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the
5  deadline for Plaintiff to file an amended complaint as a matter of course be extended to August 8,
6  2025.
7      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that should
8  Zoetis elect to file a motion pursuant to FRCP 12(b), (e), or (f) the deadline for Plaintiff to file an
9  opposition to the motion shall be extended to August 8, 2025, and the deadline for Zoetis to file a
10 reply shall be extended to August 29, 2025.
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

This extension request is necessary to provide Zoetis additional time to evaluate the allegations in the class action Complaint. Accordingly, for good cause showing, the parties have agreed to an extension of time as outlined above.

This is the first such request by the parties.

Dated: June 10, 2025.

| EVANS FEARS & SCHUTTERT LLP | FREIMAN LEGAL |
|---|---|
| */s/ Chad R. Fears* <br> Chad R. Fears, Esq. (SBN 6970) <br> Brody R. Wight, Esq. (SBN 13615) <br> Hayley E. LaMorte, Esq. (SBN 14241) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 <br><br> Thomas J. Sullivan, Esquire (*Pro Hac Vice Application To Be Filed*) <br> Joseph H. Blum, Esquire (*Pro Hac Vice Application To Be Filed*) <br> Kevin B. Dulaney, Esquire (*Pro Hac Vice Application To Be Filed*) <br> **SHOOK, HARDY & BACON L.L.P.** <br> Two Commerce Square <br> 2001 Market St., Suite 3000 <br> Philadelphia, PA  19103 <br> *Attorneys for Defendant Zoetis, Inc..* | */s/ Lawrence W. Freiman* <br> Lawrence W. Freiman, Esq. (SBN 10588) <br> 100 Wilshire Blvd., Ste. 700 <br> Santa Monica, CA 90401 <br><br> *Attorney for Plaintiff Jennifer Stephens* |

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   June 10, 2025

**Case No. 2:25-cv-00989-JAD-EJY**