Chad R. Fears, Esq. (SBN 6970)
Brody R. Wight, Esq. (SBN 13615)
Hayley E. LaMorte, Esq. (SBN 14241)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
702-805-0290
cfears@efsmmlaw.com
bwight@efsmmlaw.com
hlamorte@efsmmlaw.com

Thomas J. Sullivan, Esquire (*Pro Hac Vice Application To Be Filed*)
Joseph H. Blum, Esquire (*Pro Hac Vice Application To Be Filed*)
Kevin B. Dulaney, Esquire (*Pro Hac Vice Application To Be Filed*)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
215-278-2555
tsullivan@shb.com
jblum@shb.com
kdulaney@shb.com

*Attorneys for Defendant Zoetis, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| JENNIFER STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS, INC.; and DOES I-XX, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-00989-JAD-EJY**<br><br>**AMENDED JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ZOETIS, INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, IT IS STIPULATED AND AGREED, by and between Plaintiff Jennifer Stephens individually and on behalf of all others similarly situated ("Plaintiff") and Defendants Zoetis, Inc. ("Zoetis"), through their respective counsel, that the time

1  for Zoetis to respond to Plaintiff's Complaint is extended from the current deadline of June 11,
2  2025[1] to July 18, 2025.
3      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the
4  deadline for Plaintiff to file an amended complaint as a matter of course be extended to August 8,
5  2025.
6      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that should
7  Zoetis elect to file a motion pursuant to FRCP 12(b), (e), or (f) the deadline for Plaintiff to file an
8  opposition to the motion shall be extended to August 8, 2025, and the deadline for Zoetis to file a
9  reply shall be extended to August 29, 2025.
10  / / /
11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /

---

[1] *See* Fed. R. Civ. P. 81(c)(2)(C) (requiring an answer or other defenses and objections "7 days after the notice of removal is filed")

This extension request is necessary to provide Zoetis additional time to evaluate the allegations in the class action Complaint. Accordingly, for good cause showing, the parties have agreed to an extension of time as outlined above.

This is the first such request by the parties.

Dated: June 10, 2025.

| | |
|---|---|
| EVANS FEARS SCHUTTERT MCNULTY MICKUS | FREIMAN LEGAL |
| /s/ Chad R. Fears | /s/ Lawrence W. Freiman |
| Chad R. Fears, Esq. (SBN 6970) | Lawrence W. Freiman, Esq. (SBN 10588) |
| Brody R. Wight, Esq. (SBN 13615) | 100 Wilshire Blvd., Ste. 700 |
| Hayley E. LaMorte, Esq. (SBN 14241) | Santa Monica, CA 90401 |
| 6720 Via Austi Parkway, Suite 300 | |
| Las Vegas, NV 89119 | *Attorney for Plaintiff Jennifer Stephens* |
| | |
| Thomas J. Sullivan, Esquire (*Pro Hac Vice Application To Be Filed*) | |
| Joseph H. Blum, Esquire (*Pro Hac Vice Application To Be Filed*) | |
| Kevin B. Dulaney, Esquire (*Pro Hac Vice Application To Be Filed*) | |
| **SHOOK, HARDY & BACON L.L.P.** | |
| Two Commerce Square | |
| 2001 Market St., Suite 3000 | |
| Philadelphia, PA  19103 | |
| *Attorneys for Defendant Zoetis, Inc..* | |

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 10, 2025

**Case No. 2:25-cv-00989-JAD-EJY**