1  LAWRENCE W. FREIMAN, ESQ.
2  Nevada Bar No. 10588
   lawrence@freimanlegal.com
3  Freiman Legal
4  100 Wilshire Blvd., Suite 700
   Santa Monica, CA 90401
5  T: (310) 917-1004; F: (310) 300-2603
6  *Counsel for Plaintiff Jennifer Stephens*

7                  **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

10  JENNIFER STEPHENS, individually
    and on behalf of all others similarly
11  situated,

12                              Plaintiff,          Case No.  2:25-CV-00989-JAD-EJY

13                                                  **CLASS ACTION COMPLAINT**
14  v.
                                                    **JURY DEMANDED**
15  ZOETIS, INC.; and DOES I-XX,
    inclusive,
16
                                Defendants.
17

18

19

20        Now comes the Plaintiff, JENNIFER STEPHENS ("Plaintiff"), individually and

21  on behalf of all others similarly situated, by and through his attorneys, and for her First

22  Amended  Class  Action  Complaint  against  the  Defendant,  ZOETIS,  INC.,

23  ("Defendant"), Plaintiff alleges and states as follows:

24
25                           **PRELIMINARY STATEMENT**
26
27
28

1.     This is an action for damages, injunctive relief, and any other available legal or equitable remedies, for strict liability for failure to warn and negligence resulting from the illegal actions of Defendant, in failing to warn consumers of the risks associated with the use of its Liberla product. Plaintiff alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

## JURISDICTION AND VENUE

2.     Defendant removed this case to the District Court of the District of Nevada alleging that this Court has jurisdiction pursuant to 28 U.S.C. § 1332, because the matter in controversy exceeds the sum or value of $5,000,000.00 in which members of the class are citizens of a State different from the Defendant.

3.     This court has personal jurisdiction over Defendant, because Defendant does business within the State of Nevada and County of Clark

4.     Venue is proper in this Court because Defendant does business *inter alia* in the county of Clark and a significant portion of the conduct giving rise to Plaintiff's Claims happened here

## PARTIES

5.     Plaintiff is an individual who was at all relevant times residing in Las Vegas, Nevada.

6.     Defendant is a Delaware corporation, whose principal place of business is located in Parsippany, New Jersey.

7.     At all times relevant hereto, Defendant was engaged in the marketing, manufacturing, and sale of pet medicine.

## FACTS COMMON TO ALL COUNTS

8.     Defendant manufactures, advertises, markets, sells, and distributes the canine osteoarthritis medication Librela throughout the Nevada.

9.     During the Class Period Defendant sold Librela without warning consumers of the dangerous adverse effects that have been reported thousands of times including but not limited to: lethargy, reduced appetite, behavior changes, weakness, urinary incontinence, worsening osteoarthritis symptoms, and death (the "Adverse Effects").[1]

PLAINTIFF'S PURCHASE

10.     Plaintiff owned a 14-year-old dog named Sara that was experiencing pain resulting from pancreatitis and arthritis associated with her age.

11.     On or about September 27, 2024, Plaintiff purchased one injection of Liberla for her dog Sara from her veterinarian in Clark County, Nevada.

12.     Within a few weeks thereafter, Plaintiff's dog Sara began exhibiting adverse effects of the Liberla including changes in behavior such as hiding, reduced appetite, urinary incontinence, weakness, and lethargy.

---

[1] See Exhibit A, a freedom of information act response including records of reported adverse reactions to Librela from May 5, 2023 to June 30, 2024.

13.     On February 7, 2025, Plaintiff euthanized her dog Sara to end the dog's suffering as its quality of life had deteriorated severely.

14.     By the time Sara had to be euthanized her symptoms included progressive weakness in her rear legs, increased water consumption, decreased appetite, disorientation, and pacing.

15.     Pet owners, like Plaintiff, rely on pet medication products to keep their pets healthy and to maintain their pets' quality of life.

**DEFENDANT'S FAILURE TO WARN**

16.     As shown below, at the time that Plaintiff purchased Librela Defendant did not provide warnings of the all the Adverse Effects nor the prevalence of the adverse effects on its prescription information:

8:37 🔕 

# Facebook
🔒 static1.squarespace.com                    •••

✕

## Librela™
(bedinvetmab injection)

Canine anti-nerve growth factor monoclonal antibody for subcutaneous use in dogs only.

Single-Use Vial

**CAUTION**
Federal law restricts this product to use by or on the order of a licensed veterinarian.

**DESCRIPTION**
LIBRELA (bedinvetmab injection) is a sterile injectable solution containing 5, 10, 15, 20, or 30 mg/mL of bedinvetmab in 20 mM histidine buffer pH 5.0 (0.027% w/v L-histidine and 0.382% w/v histidine HCl monohydrate), 8.5% w/v trehalose dihydrate, 0.005% w/v disodium EDTA dihydrate, 0.01% w/v L-methionine, and 0.1% w/v polysorbate 180[.] Bedinvetmab is a canine IgG monoclonal antibody (mAb), in which the variable regions from canine B cell sequence were joined with canine IgG constant sequences, and it expresses through recombinant DNA techniques in Chinese hamster ovary (CHO) cells. Bedinvetmab binds to nerve growth factor (NGF) to reduce NGF's effects. Such mAbs are commonly referred to as anti-NGF mAbs.

**INDICATION**
LIBRELA is indicated for the control of pain associated with osteoarthritis in dogs.

**DOSAGE AND ADMINISTRATION**
The minimum target dose of LIBRELA is 0.23 mg/lb (0.5 mg/kg) body weight, administered subcutaneously once a month. Dogs should be dosed by weight range according to the specific dosing information below.
The product does not contain a preservative. The full content of each vial is for single-use only. Once punctured, contents of the vial should be used immediately and any remaining solution should be discarded.

**Dogs weighing ≥ 11 lb (≥ 5 kg):**
Dogs should be dosed by weight range according to the Dosing Table below (Table 1). Dogs are given the full content of 1 or 2 vials of the appropriate concentration based on body weight. Aseptically withdraw the total dose into a single syringe and administer immediately.

**Table 1. Dosing Table**

| Dog Body Weight in Pounds (lb) | Dog Body Weight in Kilograms (kg) | Number and Strength (mg/mL) of LIBRELA Vials to be Administered | | | | |
|---|---|---|---|---|---|---|
| | | 5 mg/mL orange | 10 mg/mL blue | 15 mg/mL green | 20 mg/mL gold | 30 mg/mL purple |
| 11–22.1 | 5–10 | 1 vial | | | | |
| 22.2–44.1 | 10.1–20 | | 1 vial | | | |
| 44.2–66.1 | 20.1–30 | | | 1 vial | | |
| 66.2–88.2 | 30.1–40 | | | | 1 vial | |
| 88.3–132.3 | 40.1–60 | | | | | 1 vial |
| 132.4–176.4 | 60.1–80 | | | | 2 vials | |
| 176.5–220.5 | 80.1–100 | | | | 1 vial | 1 vial |
| 220.6–264.6 | 100.1–120 | | | | | 2 vials |

**Dogs < 11 lb:**
Aseptically withdraw 0.045 mL/lb (0.1 mL/kg) from a 5 mg/mL vial (orange vial) into a single syringe and administer immediately. Discard the vial after the dose has been withdrawn.

Effectiveness may not be achieved until after the second dose (see **EFFECTIVENESS**).

**CONTRAINDICATIONS**
LIBRELA should not be administered to dogs with known hypersensitivity to bedinvetmab.

LIBRELA should not be used in breeding dogs or in pregnant or lactating dogs. Immunoglobulin G class antibodies such as LIBRELA can pass through the placental blood barrier and be excreted in milk. Fetal abnormalities, increased rates of stillbirths and increased postpartum fetal mortality were noted in rodents and primates receiving anti-NGF monoclonal antibodies.

**WARNINGS**
**User Safety Warnings**
Not for use in humans. Keep this and all drugs out of reach of children. For use in dogs only.

Hypersensitivity reactions, including anaphylaxis, could potentially occur in the case of accidental self-injection.

In case of accidental self-injection, seek medical advice immediately and show the package leaflet, vial or carton to the physician.

Pregnant women, women trying to conceive, and breastfeeding women should take extreme care to avoid accidental self-injection.

The importance of Nerve Growth Factor in ensuring normal fetal nervous system development is well-established and laboratory studies conducted on nonhuman primates with human anti-NGF antibodies have shown evidence of reproductive and developmental toxicity.

**PRECAUTIONS**
Administration of monoclonal antibodies may be associated with hypersensitivity reactions and delayed hypersensitivity reactions. If anaphylaxis or other hypersensitivity reaction occurs, discontinue use and institute appropriate therapy.

The safe use of this product with other monoclonal antibodies has not been evaluated. Use with caution in dogs with known hypersensitivity to other immunoglobulin therapy.

Evaluations were not made to determine if interactions occurred between LIBRELA and veterinary vaccines.

Treatment with LIBRELA may result in the formation of anti-bedinvetmab antibodies and potentially the loss of product effectiveness (see **IMMUNOGENICITY**).

The safe use of anti-NGF monoclonal antibodies with concurrent non-steroidal anti-inflammatory drugs (NSAIDs) has not been established in dogs. In human clinical trials, rapidly progressing osteoarthritis (RPOA) has been reported in a small number of patients receiving bedinvetmab anti-NGF monoclonal antibody therapy. The incidence of these events increased in human patients receiving NSAID treatment long term in combination with an anti-NGF monoclonal antibody. RPOA has not been characterized or reported in dogs.

The safety and effectiveness of LIBRELA has not been evaluated in dogs less than 12 months of age.

LIBRELA has not been studied in dogs that have a history of cruciate ligament rupture within six months before initial product use as these cases were excluded from the field studies.

Long term effects which may occur more than 9 months after the use of LIBRELA have not been evaluated.

NGF is expressed within the heart and vasculature, and the long-term effects of reduced NGF in dogs with cardiac disease are unknown.

Primates receiving high doses of anti-NGF monoclonal antibodies had anatomical changes in postganglionic cell bodies (reduced size and number of neurons). The change in cell body size returned to normal after anti-NGF monoclonal antibody administration was discontinued. NGF is involved in the normal development of sensory and sympathetic nerve fibers in developing animals. This may be important with use of LIBRELA in young growing dogs.

**ADVERSE REACTIONS**
The safety of LIBRELA was assessed in a masked, controlled 84-day US field study evaluating the effectiveness of LIBRELA for the control of pain associated with osteoarthritis. Enrollment included 272 dogs, 135 dogs treated with LIBRELA and 137 dogs treated with a negative control (sterile saline). The enrolled dogs were at least 1 year of age (1 to 17 years old), weighed between 1.8 to 62.7 kg and were of various breeds or non-purebred. Dogs were dosed at 28-day intervals and received up to three injections. The most common adverse reactions reported during the study are summarized in Table 2 below.

**Table 2. Number (%) of Dogs with Adverse Reactions Reported in the US Field Study**

| Adverse Reaction* | LIBRELA n (%) (Total N = 135) | Negative Control n (%) (Total N = 137) |
|---|---|---|
| Urinary tract infection | 15 (11.1) | 11 (8.0) |
| Bacterial skin infection | 11 (8.1) | 9 (6.6) |
| Dermatitis | 10 (7.4) | 8 (5.8) |
| Dermal mass | 8 (5.9) | 5 (3.6) |
| Erythema | 6 (4.4) | 5 (3.6) |
| Dermal cyst(s) | 4 (3.0) | 2 (1.5) |
| Pain on injection | 4 (3.0) | 2 (1.5) |
| Inappropriate urination** | 4 (3.0) | 1 (0.7) |
| Histiocytoma | 3 (2.2) | 0 (0.0) |

*An adverse reaction may have occurred more than once in a dog, only the first occurrence was counted.
** Of these, two dogs treated with LIBRELA were among those reported with a urinary tract infection.

The safety of LIBRELA was also evaluated in a masked, controlled 84-day European field study evaluating the effectiveness of LIBRELA for the control of pain associated with osteoarthritis. Enrollment included 281 dogs, 138 dogs were treated with LIBRELA and 143 treated with a negative control (sterile saline). The enrolled dogs were at least 1 year of age (1 to 17.5 years old), weighed between 1.7 to 66 kg and were of various breeds or non-purebred. Dogs were dosed at 28-day intervals and received up to three injections. The most common adverse reactions reported during the study are summarized in Table 3 below.

**Table 3. Number (%) of dogs with Adverse Reactions Reported in the European Field Study**

| Adverse Event Reported* | LIBRELA n (%) (Total N = 138) | Negative Control n (%) (Total N = 143) |
|---|---|---|
| Increased Blood Urea Nitrogen (BUN)** | 19 (13.8) | 7 (4.9) |
| Lethargy | 5 (3.6) | 0 (0.0) |
| Emesis | 4 (2.9) | 1 (0.7) |
| Anorexia | 3 (2.2) | 0 (0.0) |
| Lameness | 3 (2.2) | 1 (0.7) |
| Cough | 3 (2.2) | 1 (0.7) |

*An adverse reaction may have occurred more than once in a dog, only the first occurrence was counted.
** Two dogs treated with LIBRELA suffered serious adverse events and were euthanized during or after study completion: A 13-year old Bichon Frise had pre-existing increased urine protein-creatinine ratio and a heart failure that worsened during study. This dog was enrolled for its osteoarthritis and entered the study and was diagnosed with renal failure and was euthanized 3 days after completing the study. An 8-year-old mixed breed dog had pancreatitis and was euthanized on Day 74. The remainder of the dogs that had elevations in the BUN did not have any obvious adverse events associated with this finding.

One dog in the LIBRELA group was diagnosed with pyelonephritis on Day 15; this dog had pre-existing increased serum BUN and creatinine and a recent history of urinary tract infection that was not confirmed resolved prior to enrollment. Non-steroidal anti-inflammatory drugs (NSAIDs) and acetaminophen were initiated on Day 7 for osteoarthritis-associated joint pain but NSAIDs were discontinued on Day 10 due to anorexia and gastroenteritis; azotemia worsened at Day 13 and the dog received no further LIBRELA treatment.

One dog in the LIBRELA group with a history of atopy, developed mild alopecia and mild erythema on the injection site on Days 5 and 23. Both episodes of alopecia and erythema resolved with treatment.

A total of 89 dogs were enrolled in a 6-month, single arm, open labeled, uncontrolled continuation of the EU field study and received monthly subcutaneous injections of LIBRELA. The study provided additional field safety information.

One dog experienced acute gastroenteritis and recovered following treatment for abdominal pain, fever, vomiting, and anorexia. One large breed dog enrolled for its osteoarthritis developed acute forelimb lameness that was diagnosed as elbow dysplasia. Two dogs presented with rear limb paresis of unknown etiology, one of whom responded to ongoing NSAID treatment and one who did not.

**CONTACT INFORMATION**
To report suspected adverse drug events, for technical assistance or to obtain a copy of the Safety Data Sheet (SDS), contact Zoetis Inc. at 1-888-963-8471.

For additional information about reporting adverse drug experience for animal drugs, contact FDA at 1-888-FDA-VETS or www.fda.gov/reportanimalae.

**CLINICAL PHARMACOLOGY**
**Mechanism of Action**
Bedinvetmab is a recombinant canine monoclonal antibody that binds to nerve growth factor (NGF), reduces NGF binding to the tropomyosin receptor kinase A (TrkA) and p75 neurotrophin receptor (p75^NTR) receptors and decreases TrkA signal transduction in cell types involved in pain. In vitro binding studies suggest that bedinvetmab binds with high affinity to NGF but does not bind to other neurotrophins including human neurotrophin-3 (NT-3), canine and human brain-derived neurotrophic factor (BDNF).

NGF has been found to be elevated in the joints of dogs. Following a noxious stimulus, inflammatory cytokines and NGF are released by tissues of the joint.

NGF binds to TrkA/p75^NTR receptors found on peripheral nerves, immune cells, endothelial cells, synoviocytes, and chondrocytes to induce a peripheral sensitization, nociceptic inflammation, and increased pain perception. Bedinvetmab binds to NGF and prevents NGF-TrkA/p75^NTR cellular signaling. In in vitro studies, bedinvetmab potently inhibits NGF-mediated signaling as measured by a reduction in TF-1 cell proliferation and functionally blocks NGF-induced neurite outgrowth in rat PC-12 neuronal cells.

NGF binds to TrkA receptors located on immune cells to elicit the release of additional proinflammatory mediators, including NGF itself. These inflammatory mediators lead to further peripheral sensitization involved in pain perception. Bedinvetmab reduces the expression of these inflammatory mediators in rat PC-12 neuronal cells.

**Pharmacokinetics**
In a 6-month laboratory study of healthy, adult Beagles administered LIBRELA at monthly doses ranging from 1-10 mg/kg, the area under the curve (AUC) and the maximum concentration ($C_{max}$) increased nearly in proportion to dose and steady-state was achieved after approximately 2 doses. In a laboratory pharmacokinetic study in Beagles at 0.5-1.0 mg/kg, peak serum drug levels were observed at 4-7 days after subcutaneous dosing. The mean bioavailability relative to an intravenous dose was approximately 86%, and the elimination half-life was approximately 12 days.

In a field study at the labeled dose in dogs with osteoarthritis, the half-life was highly variable and averaged approximately 19 days (harmonic mean 15.8 days). Steady-state was achieved after 2 doses.

The metabolic pathway of bedinvetmab has not been characterized. As a canine IgG monoclonal antibody, bedinvetmab is expected to be degraded into small peptides and amino acids via catabolic pathways in a manner similar to endogenous IgG.

**IMMUNOGENICITY**
Antibodies binding to bedinvetmab (i.e., an anti-drug antibody, ADA), were detected using a multi-tiered ADA testing approach (screening, confirmatory, and titration). Testing the confirmed ADA samples for

were treated on Days 0, 28, and 56. Dog age and body weight ranged from 1.0 to 17.5 years and 1.7 to 66.0 kg, respectively. The percentage of dogs considered treatment successes based on the owner CBPI assessment was greater for LIBRELA-treated dogs compared to the control group for all assessments. The study met statistical significance compared to the control at Day 28 (primary effectiveness endpoint; $P = 0.0018$). The difference in the percentage of treatment successes from Day 42 onward continued to demonstrate a clinical effect in the LIBRELA group compared to the control group.

**Table 5. Study #2: Least Squares Mean Percent Success by Assessment Day**

| Day | Group | N | % Success |
|---|---|---|---|
| 7 | LIBRELA | 128 | 18.5 |
| | Control | 130 | 4.0 |
| 14 | LIBRELA | 132 | 35.7 |
| | Control | 132 | 9.6 |
| 28 | LIBRELA | 131 | 45.2 |
| | Control | 131 | 17.0 |
| | LIBRELA | 133 | 53.0 |

5

17.     As demonstrated in Paragraph No. 16 above, Defendant noted the results of only two field studies and of those two field studies did not adequately portray the prevalence and severity of the Adverse Effects. For example, only four dogs out of one hundred thirty five studied experienced inappropriate urination and two of those dogs had urinary tract infections. Likewise, only five of one hundred thirty-eight experienced lethargy. No information was included of the severity of these reactions.

18.     Meanwhile, between May 2023 and June 2024, hundreds of the lethargy and urinary incontinence Adverse Effects had been reported. See Exhibit A.

19.     Plaintiff relies on her veterinarian's guidance in deciding to purchased pet medication, as she did in this case with Librela, and thereby relies by proxy on the representations that Defendant made to veterinarians and other professionals who incorporate those representations into their recommendations to their clients like Plaintiff.

20.     Thus, Defendant's failure to warn veterinarians and other professionals, by failing to include adequate warnings of the Adverse Effects in Librela's prescription information, was thereby passed on to Plaintiff and Class Members as the intended users Librela for their pets.

21.     Plaintiff was not provided with any warning that her dog could potentially experience any of the Adverse Effects prior to purchasing Librela.

22.    Defendant failed to warn veterinarians of the prevalence of the Adverse Effects, which in turn meant that Plaintiff did not receive an adequate warning of the potential for Sara to experience the Adverse Effects.

23.    To the extent that Defendant did warn veterinarians of some of the Adverse Effects such as inappropriate urination or lethargy, those warnings did not adequately convey the prevalence or severity of the Adverse Effects.

24.    Had Plaintiff been provided with warnings that her dog would experience the Adverse Effects, Plaintiff would not have purchased the Librela and would not have agreed to have it administered to her dog.

25.    Had Defendant adequately warned veterinarians of the prevalence and severity of the Adverse Effects Plaintiff would have received an adequate warning and would not have purchased Librela.

26.    As a result of Defendant's failure to warn, Plaintiff's dog experienced a broad array of the Adverse Effects and was ultimately euthanized as a result of the Adverse Effects.

27.    No reasonable veterinarian would recommend Librela if they knew about the prevalence of the Adverse Effects, thus no pet owners like Plaintiff or the Class Members would have purchased Librela, but for Defendant's failure to warn about the Adverse Effects.

28.     Defendant owed a duty to Plaintiff and the class members to warn them of the Adverse Effects.

29.     Plaintiff and the class members were unaware that Librela could cause the Adverse Effects at the time they purchased Librela.

30.     Had Defendant properly informed Plaintiff and the Class members of the Adverse Effects, they would not have purchased Librela.

31.     Defendant, and not Plaintiff or the Class knew or should have known that by failing to inform them of the Adverse Effects Plaintiff and the Class members would not be able to determine the safety and risks associated with Librela unless Defendant expressly told them.

32.     After Librela was released consumers publicly reported the Adverse Effects prior to Plaintiff's purchase of it.[2]

33.     Between May 2023 and June 2024, thousands of consumers reported the Adverse Effects.[3]

---

[2] Reddit User, *Has Anyone Had Any Bad Experiences Using Librela?*, REDDIT (Mar. 26, 2025, 10:00 AM),
https://www.reddit.com/r/DogAdvice/comments/1ady8ac/has_anyone_had_any_bad_experiences_using_librela/.
[3] FDA, Center for Veterinary Medicine, *Librela (Bedinvetmab) Adverse Event Reports: May 2023 – June 2024* (July 11, 2024).

34.    Yet, Defendant continued to sell Librela without warning consumers of the Adverse Effects such that Plaintiff was able to purchase Librela in September 2024 without being warned of the Adverse Effects.

35.    Tragically, Plaintiff only discovered the Adverse Effects after her dog had already been injected, and ultimately Plaintiff was forced to euthanize her dog.

36.    As a result of Defendant's acts and omissions outlined above, Plaintiff has suffered concrete and particularized injuries and harm, which include, but are not limited to, the following:

    a.    Lost money;

    b.    Loss of her dog Sara; and

    c.    Stress, aggravation, emotional distress, frustration, loss of trust, loss of serenity, and loss of confidence in product labeling.

## CLASS ALLEGATIONS

37.    Plaintiff also brings this action on behalf of herself and all others similarly situated, as a member of the proposed class (the "Class"), defined as follows

> All persons within the State of Nevada who purchased Librela whose pets experienced the Adverse Effects within five years prior to the filing of the Complaint through the date of class certification.

38.    The Class satisfies all of the requirements of the Justice Court Rules of Civil Procedure for maintaining a class action, specifically:

    a.    Upon information and belief, the Class and the Sub-Class are so numerous that joinder of all members is impracticable. On information and belief there are hundreds, if not thousands of individuals in the United States and the State of Nevada who purchased the products within the applicable statute of limitations period.

    b.    There are questions of fact and/or law which are common to the Class, and which predominate over questions affecting any individual Class members. These common questions of fact and law include, but are not limited to:

        i.    Whether Defendant failed to warn Plaintiff and the Class of the Adverse Effects;

        ii.    Whether the Class and Sub-Class members were informed that Librela could cause the Adverse Effects;

        iii.    Whether Librela causes the Adverse Effects;

        iv.    Whether Defendant's conduct was negligent;

        v.    Whether Defendant is strictly liable for harm caused by Librela;

vii.    Whether there should be a tolling of the statute of limitations; and

viii.    Whether the Class members are entitled to restitution, actual damages, punitive damages, and attorneys' fees and costs.

c.    Plaintiff's claims are typical of the Class, which all arise from the same operative set of facts and are based on the same legal theories

d.    Plaintiff has no interests adverse or antagonistic to the interests of the other members of the Class.

e.    Plaintiff will fairly and adequately protect the interests of the Class and Plaintiff has retained experienced and competent attorneys to represent the Class.

f.    This class action is a fair and efficient adjudication of the controversy alleged herein. Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

g.    This class action will permit large numbers of similarly situated persons to prosecute their common claims in a single forum simultaneously and without the duplication of effort and expense that numerous individual actions would engender. This class action will also permit the adjudication of relatively small claims by many

Class members who would not otherwise be able to afford to seek legal redress for the wrongs complained of herein. Absent a class action, Class members will continue to suffer losses of legally protected rights, as well as monetary damages. If Defendants' conduct is allowed proceed to without remedy, Defendants will continue to benefit financially from such conduct.

h.    Defendants have acted on grounds generally applicable to the entire Class, thereby making it appropriate for the Court to order final monetary, injunctive, and declaratory relief with respect to the Class as a whole.

39.    Defendant, its employees and agents are excluded from the Class. Plaintiff does not know the number of members in the Class, but believes the members number in the thousands, if not more. Thus, this matter should be certified as a Class Action to assist in the expeditious litigation of the matter.

40.    The size and definition of the Class can be identified by Defendant's own records.

## FIRST CAUSE OF ACTION
## STRICT LIABILITY AGAINST DEFENDANT

41.    Plaintiff incorporates all of the allegations and statements made in Paragraphs 1 through 40 above as if fully reiterated herein.

42.    Defendant, the manufacturer and initial seller of Librela was engaged in the business of producing or selling Librela, including the Librela purchased in this action.

43.    Defendant manufactured and sold Librela without adequate warnings that Librela caused the Adverse Effects.

44.    Librela was a defective product and unreasonably dangerous to the dogs who it was reasonable foreseeable would use it, because Defendant failed to warn consumers of the Adverse Effects.

45.    Defendant's failure to warn Plaintiff and other consumers was a proximate cause of the injuries received by dogs owned by Plaintiff and the Class Members.

46.    Plaintiff's dog Sara experienced the Adverse Effects after receiving an injection of Librela on September 27, 2024, and as a result had to be euthanized on February 7, 2025.

47.    By reason thereof, Plaintiff and the Class Members are entitled to a judgement against Defendant, compensatory damages, and punitive damages.

## SECOND CAUSE OF ACTION
## NEGLIGENCE

48.    Plaintiff incorporates all of the allegations and statements made in Paragraphs 1 through 40 above as if fully reiterated herein.

49.    Defendant owed a duty of reasonable care to Plaintiff and the Class Members to adequately inform them of potential adverse reactions to the medications it sold, including Librela, and to avoid selling medication that was unreasonably dangerous for its intended use.

50.    Defendant failed to exercise reasonable care in manufacturing, advertising, labeling, marketing, and selling of Librela.

51.    The Adverse Effects of Librela were a substantial factor in causing the injuries experienced by the dogs owned by Plaintiff and the Class members.

52.    Plaintiff and Class Members suffered damages as a direct and proximate result of Defendant's negligence.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for a judgment against Defendant as follows:

a.    An order certifying the Class and appointing Plaintiff as Representative of the Class;

b.    An order certifying the undersigned counsel as the Class Counsel;

c.    An order awarding reasonable attorney's fees and costs;

d.    An order awarding actual damages suffered by Plaintiff and the Class;

e.    An order awarding compensatory damages suffered by Plaintiff and the Class;

f.    An order awarding punitive damage against Defendant;

g.    Judgment against Defendant in an amount to be determined at trial;

h.    Any other relief deemed just and proper by this Court.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues in this action so triable, except for any issues relating to the amount of attorneys' fees and costs to be awarded should Plaintiff prevail on any of her claims in this action.

DATED this 25th day of July, 2025.

**FREIMAN LEGAL**

*/s/ Lawrence W. Freiman, Esq.*
Lawrence W. Freiman, Esq. (10588)
*Counsel for Plaintiff*

# EXHIBIT "A"

Name: Librela inquiries
DATE:7/11/2024

This serves as the response to your Freedom of Information Act (FOIA) request for records regarding adverse event reports received for Librela (bedinvetmab).

A search of CVM's Adverse Drug Event (ADE) database was performed on 7/11/2024.

The search parameters were:

Active ingredient(s): bedinvetmab
Reports received:  From 5-5-2023 through 6-30-2024
Case type: Spontaneous ADE report
Species: All
Route of administration: All

For each drug (active ingredient), we have provided the '**CVM ADE Comprehensive Clinical Detail Report Listing**', which is a cumulative listing of adverse experiences in reports submitted to CVM.

## General Information about CVM's ADE Database

The primary purpose for maintaining the CVM ADE database is to provide an early warning or signaling system to CVM for adverse effects not detected during pre-market testing of FDA-approved animal drugs and for monitoring the performance of drugs not approved for use in animals. Information from these ADE reports is received and coded in an electronic FDA/CVM ADE database. CVM scientists use the ADE database to make decisions about product safety which may include changes to the label or other regulatory action. CVM's ADE reporting system depends on detection and voluntary reporting of adverse clinical events by veterinarians and animal owners.

The Center's ADE review process is complex, and for each report takes into consideration confounding factors such as:

Dosage
Concomitant drug use
The medical and physical condition of animals at the time of treatment
Environmental and management information
Product defects

1

Name: Librela inquiries
DATE:7/11/2024

Extra-label (off label) uses

The specifics of these complex factors cannot be addressed in the CVM ADE Comprehensive Clinical Detail Report Listing.

## How to Use the CVM ADE Comprehensive Clinical Detail Report Listing

Clinical signs reported for an active ingredient are listed in order from most frequently reported to least frequently reported, grouped by species and route of administration.

**More than one clinical sign may have been reported per ADE case report, so the Number of times reported column is not additive and does not necessarily represent the total number of reports received.**   Also, if a manufacturer reports multiple products in a single ADE case report, clinical signs are associated with each of the manufacturer's products.

Librela (Bedinvetmab) is approved for parenteral use in **dogs** only. For the time period of the ADE database search (5-5-2023 to 6-30-2024), there were a total of 6023 ADE reports received for LIBRELA injectable.

The following shows the number of reports broken down by all species for which reports have been received during this time period:

DRUG: LIBRELA

Number of reports in dogs: 5989
Number of reports in cats: 2
Number of reports in other species:  0
Number of reports in humans, accidental exposure: 32
Total number of Adverse Drug Events in all species: 6023

When reviewing the CVM ADE Comprehensive Clinical Detail Report Listing, the reader should be aware that:

**For any given ADE report, there is no certainty that the reported drug caused the adverse event.** The adverse event may have been related to an underlying disease, using other drugs at the same time, or other non-drug related causes. The clinical detail listing does not include information about underlying diseases, other drugs used at the same time, other non-drug related causes, or the final outcome of the reaction.
**The accuracy of information regarding the ADE is dependent on the quality of information received** from the reporting veterinarian or animal owner.

2

Name: Librela inquiries
DATE:7/11/2024

**Accumulated ADE reports should not be used to calculate incidence rates or estimates of drug risk,** because there is no accurate way to determine how many animals were actually given the drug, which is needed as the denominator in calculations of incidence and relative risk.

**It is inappropriate to make use of adverse event data to compare the safety of different products.** For example, if a drug is widely used to treat certain conditions, there may be more ADEs for that drug than another product that is not used as often. This would not mean that the first drug was more unsafe than the second. The number of reports simply represents the number of ADEs received for a particular drug and should not be used for any type of comparison purposes.

**Underreporting occurs with most adverse event reporting systems**. The frequency of reporting for a given drug product varies over time, and may be greater when the drug is newly marketed, or when media publicity occurs.

Information on how the drugs were used (for indications on the product label or in an extra label manner) is not provided in the clinical detail listing.

More information about CVM's ADE Reporting System can be found on our web site at: FDA, Animal and Veterinary, Safety and Health page

# CVM ADE Comprehensive Clinical Detail Report Listing

**Cumulative Date Range : 05-May-2023 -thru- 30-Jun-2024**

 **Included 1932a cases = : True**

 **Included Medicated Feed cases = : False**

DRUG: BEDINVETMAB

## Species: Cat

## Route of Administration: SUBCUTANEOUS

Sign: ABDOMINAL DISCOMFORT, Number of times reported: 1

Sign: DECREASED APPETITE, Number of times reported: 1

Sign: ELEVATED ALANINE AMINOTRANSFERASE (ALT), Number of times reported: 1

Sign: GENERAL PAIN, Number of times reported: 1

Sign: NOT EATING, Number of times reported: 1

## Species: Dog

## Route of Administration: INTRAMUSCULAR

Sign: LETHARGY, Number of times reported: 3

Sign: PANTING, Number of times reported: 3

Sign: DEATH, Number of times reported: 2

Sign: LAMENESS, Number of times reported: 2

Sign: ADIPSIA, Number of times reported: 1

Sign: ALOPECIA, Number of times reported: 1

Sign: ANOREXIA, Number of times reported: 1

Sign: ANXIETY, Number of times reported: 1

Sign: ATAXIA, Number of times reported: 1

Sign: BALANCE IMPAIRED, Number of times reported: 1

Sign: BEHAVIOURAL DISORDER NOS, Number of times reported: 1

Sign: BLINDNESS, Number of times reported: 1

Sign: CIRCLING - NEUROLOGICAL DISORDER, Number of times reported: 1

Sign: COLLAPSE NOS, Number of times reported: 1

Sign: COUGH, Number of times reported: 1

Sign: CRYING, Number of times reported: 1

Sign: DIARRHOEA, Number of times reported: 1

Sign: DYSPNOEA, Number of times reported: 1

Sign: EMESIS (MULTIPLE), Number of times reported: 1

Sign: EXCESSIVE THIRST, Number of times reported: 1

Sign: EXCITATION, Number of times reported: 1

Sign: FAECAL INCONTINENCE, Number of times reported: 1

Sign: FLAKING SKIN, Number of times reported: 1

Sign: FOCAL SEIZURE, Number of times reported: 1

Sign: GREASY SKIN, Number of times reported: 1

Sign: INAPPROPRIATE URINATION, Number of times reported: 1

Sign: INJECTION SITE PAIN, Number of times reported: 1

Sign: INJECTION SITE REACTION NOS, Number of times reported: 1

Sign: INVOLUNTARY DEFECATION, Number of times reported: 1

Sign: LACK OF EFFICACY - NOS, Number of times reported: 1

Sign: LOSS OF HEARING, Number of times reported: 1

Sign: NAUSEA, Number of times reported: 1

Sign: PACING, Number of times reported: 1

Sign: PALLOR, Number of times reported: 1

Sign: PINNAL ERYTHEMA, Number of times reported: 1

Sign: POLYDIPSIA, Number of times reported: 1

Sign: RESTLESSNESS, Number of times reported: 1

Sign: SHAKING, Number of times reported: 1

Sign: SKIN TEXTURAL CHANGE, Number of times reported: 1

Sign: STARING, Number of times reported: 1

Sign: TRAUMA NOS, Number of times reported: 1

Sign: TREMOR, Number of times reported: 1

Sign: URINARY INCONTINENCE, Number of times reported: 1

Sign: VOMITING, Number of times reported: 1

## Species: Dog

### Route of Administration: MISSING

Sign: LETHARGY, Number of times reported: 3

Sign: ATAXIA, Number of times reported: 2

Sign: LABOURED BREATHING, Number of times reported: 2

Sign: LACK OF EFFICACY - NOS, Number of times reported: 2

Sign: LARYNGEAL PARALYSIS, Number of times reported: 2

Sign: PACING, Number of times reported: 2

Sign: POLYDIPSIA, Number of times reported: 2

Sign: POLYURIA, Number of times reported: 2

Sign: SEIZURE NOS, Number of times reported: 2

Sign: URINARY TRACT INFECTION, Number of times reported: 2

Sign: VOMITING, Number of times reported: 2

Sign: ABNORMAL PUPIL LIGHT REFLEX, Number of times reported: 1

Sign: ANOREXIA, Number of times reported: 1

Sign: ANXIETY, Number of times reported: 1

Sign: ASPIRATION PNEUMONIA, Number of times reported: 1

Sign: BEHAVIOURAL DISORDER NOS, Number of times reported: 1

Sign: BRADYCARDIA, Number of times reported: 1

Sign: CERVICAL PAIN, Number of times reported: 1

Sign: COUGH, Number of times reported: 1

Sign: DEATH, Number of times reported: 1

Sign: DEATH BY EUTHANASIA, Number of times reported: 1

Sign: DEHYDRATION, Number of times reported: 1

Sign: DEPRESSION, Number of times reported: 1

Sign: DERMATITIS, Number of times reported: 1

Sign: DIARRHOEA, Number of times reported: 1

Sign: DIFFICULTY TO RISE, Number of times reported: 1

Sign: DULLNESS, Number of times reported: 1

Sign: ELEVATED LIVER ENZYMES, Number of times reported: 1

Sign: EXCESSIVE THIRST, Number of times reported: 1

Sign: HEART MURMUR, Number of times reported: 1

Sign: HYPERCALCAEMIA, Number of times reported: 1

Sign: IMPAIRED PROPRIOCEPTION, Number of times reported: 1

Sign: INJECTION SITE REACTION NOS, Number of times reported: 1

Sign: LAMENESS, Number of times reported: 1

Sign: LATERAL RECUMBENCY, Number of times reported: 1

Sign: LEUCOCYTOSIS NOS, Number of times reported: 1

Sign: MUSCLE TREMOR, Number of times reported: 1

Sign: MUSCLE WASTING, Number of times reported: 1

Sign: NEUROLOGICAL SIGNS NOS, Number of times reported: 1

Sign: PANTING, Number of times reported: 1

Sign: PARAPARESIS, Number of times reported: 1

Sign: PARESIS, Number of times reported: 1

Sign: QUADRIPARESIS, Number of times reported: 1

Sign: RELUCTANT TO MOVE, Number of times reported: 1

Sign: RENAL DISORDER NOS, Number of times reported: 1

Sign: SPLENIC NEOPLASM NOS, Number of times reported: 1

Sign: TACHYCARDIA, Number of times reported: 1

Sign: TORTICOLLIS, Number of times reported: 1

Sign: UNABLE TO STAND, Number of times reported: 1

Sign: UNCOMFORTABLE, Number of times reported: 1

Sign: URINARY INCONTINENCE, Number of times reported: 1

Sign: WHEEZING, Number of times reported: 1

## Species: Dog

### Route of Administration: ORAL

Sign: LETHARGY, Number of times reported: 3

Sign: POLYDIPSIA, Number of times reported: 3

Sign: ANAEMIA NOS, Number of times reported: 2

Sign: ELEVATED ALANINE AMINOTRANSFERASE (ALT), Number of times reported: 2

Sign: LACK OF EFFICACY - NOS, Number of times reported: 2

Sign: POLYURIA, Number of times reported: 2

Sign: BILIRUBINURIA, Number of times reported: 1

Sign: BLOOD IN URINE, Number of times reported: 1

Sign: COPROPHAGIA, Number of times reported: 1

Sign: DECREASED RED BLOOD CELL COUNT, Number of times reported: 1

Sign: DIARRHOEA, Number of times reported: 1

Sign: ELEVATED GLOBULINS, Number of times reported: 1

Sign: ELEVATED LIVER ENZYMES, Number of times reported: 1

Sign: ELEVATED SERUM ALKALINE PHOSPHATASE (ALP), Number of times reported: 1

Sign: ELEVATED TEMPERATURE, Number of times reported: 1

Sign: ELEVATED TOTAL BILIRUBIN, Number of times reported: 1

Sign: EMESIS, Number of times reported: 1

Sign: EMESIS (MULTIPLE), Number of times reported: 1

Sign: GUM DISORDER NOS, Number of times reported: 1

Sign: IMMUNE MEDIATED HAEMOLYTIC ANAEMIA, Number of times reported: 1

Sign: INAPPETENCE, Number of times reported: 1

Sign: INCREASED SALIVATION, Number of times reported: 1

Sign: LEUCOCYTOSIS NOS, Number of times reported: 1

Sign: NOT EATING, Number of times reported: 1

Sign: PANCYTOPENIA, Number of times reported: 1

Sign: REGENERATIVE ANAEMIA, Number of times reported: 1

Sign: SEIZURE NOS, Number of times reported: 1

Sign: THROMBOCYTOPENIA, Number of times reported: 1

Sign: UNCOMFORTABLE, Number of times reported: 1

Sign: WOBBLINESS, Number of times reported: 1

## Species: Dog

## Route of Administration: SUBCUTANEOUS

Sign: LETHARGY, Number of times reported: 690

Sign: POLYDIPSIA, Number of times reported: 598

Sign: POLYURIA, Number of times reported: 568

Sign: DEATH BY EUTHANASIA, Number of times reported: 495

Sign: VOMITING, Number of times reported: 489

Sign: DIARRHOEA, Number of times reported: 480

Sign: ATAXIA, Number of times reported: 415

Sign: URINARY INCONTINENCE, Number of times reported: 411

Sign: SEIZURE NOS, Number of times reported: 339

Sign: URINARY TRACT INFECTION, Number of times reported: 316

Sign: LACK OF EFFICACY - NOS, Number of times reported: 308

Sign: PARTIAL LACK OF EFFICACY, Number of times reported: 294

Sign: ANOREXIA, Number of times reported: 287

Sign: DEATH, Number of times reported: 287

Sign: LIMB WEAKNESS, Number of times reported: 272

Sign: NOT EATING, Number of times reported: 244

Sign: PANTING, Number of times reported: 244

Sign: DECREASED APPETITE, Number of times reported: 228

Sign: INAPPROPRIATE URINATION, Number of times reported: 219

Sign: HIND LIMB PARESIS, Number of times reported: 191

Sign: UNABLE TO WALK, Number of times reported: 182

Sign: EMESIS (MULTIPLE), Number of times reported: 166

Sign: PROPRIOCEPTION DEFICIT, Number of times reported: 159

Sign: ELEVATED SERUM ALKALINE PHOSPHATASE (SAP), Number of times reported: 147

Sign: ELEVATED ALANINE AMINOTRANSFERASE (ALT), Number of times reported: 143

Sign: WEIGHT LOSS, Number of times reported: 142

Sign: ELEVATED BLOOD UREA NITROGEN (BUN), Number of times reported: 138

Sign: DECREASED URINE CONCENTRATION, Number of times reported: 135

Sign: UNABLE TO STAND, Number of times reported: 132

Sign: WEAKNESS, Number of times reported: 125

Sign: WALKING DIFFICULTY, Number of times reported: 122

Sign: LAMENESS, Number of times reported: 119

Sign: FAECAL INCONTINENCE, Number of times reported: 118

Sign: HIND LIMB ATAXIA, Number of times reported: 111

Sign: PAIN NOS, Number of times reported: 111

Sign: BEHAVIOURAL DISORDER NOS, Number of times reported: 100

Sign: VOCALISATION, Number of times reported: 98

Sign: FEVER, Number of times reported: 97

Sign: LEUCOCYTOSIS NOS, Number of times reported: 97

Sign: PROTEINURIA, Number of times reported: 97

Sign: NOT HIMSELF/HERSELF, Number of times reported: 95

Sign: HEAD TILT - NEUROLOGICAL DISORDER, Number of times reported: 90

Sign: ANAEMIA NOS, Number of times reported: 89

Sign: COUGH, Number of times reported: 87

Sign: ANXIETY, Number of times reported: 84

Sign: HYPOSTHENURIA, Number of times reported: 84

Sign: FALLING, Number of times reported: 83

Sign: SHAKING, Number of times reported: 82

Sign: HAEMATURIA, Number of times reported: 81

Sign: ABNORMAL RADIOGRAPH FINDING, Number of times reported: 80

Sign: ELEVATED SYMMETRICAL DIMETHYLARGININE (SDMA), Number of times reported: 79

Sign: VESTIBULAR DISORDER NOS, Number of times reported: 79

Sign: INAPPETENCE, Number of times reported: 78

Sign: PACING, Number of times reported: 78

Sign: ELEVATED RENAL PARAMETERS, Number of times reported: 77

Sign: RESTLESSNESS, Number of times reported: 76

Sign: DISORIENTATION, Number of times reported: 75

Sign: KNUCKLING, Number of times reported: 75

Sign: DIFFICULTY TO RISE, Number of times reported: 73

Sign: NEUTROPHILIA, Number of times reported: 72

Sign: FREQUENT URINATION, Number of times reported: 71

Sign: DIFFICULTY STANDING, Number of times reported: 68

Sign: DROOLING, Number of times reported: 67

Sign: NYSTAGMUS, Number of times reported: 67

Sign: ELEVATED CREATININE, Number of times reported: 65

Sign: MUSCULOSKELETAL DISORDER NOS, Number of times reported: 65

Sign: RELUCTANT TO MOVE, Number of times reported: 65

Sign: COLLAPSE NOS, Number of times reported: 64

Sign: OTHER ABNORMAL TEST RESULT NOS, Number of times reported: 64

Sign: PALE MUCOUS MEMBRANE, Number of times reported: 64

Sign: DRINKING A LOT, Number of times reported: 63

Sign: ELEVATED LIVER ENZYMES, Number of times reported: 63

Sign: PRURITUS, Number of times reported: 63

Sign: CONFUSION, Number of times reported: 62

Sign: UNABLE TO RISE, Number of times reported: 62

Sign: BLOODY DIARRHOEA, Number of times reported: 61

Sign: DERMATITIS, Number of times reported: 59

Sign: LOOSE STOOL, Number of times reported: 58

Sign: GENERAL ILLNESS, Number of times reported: 55

Sign: HYPERPHOSPHATAEMIA, Number of times reported: 55

Sign: WOBBLINESS, Number of times reported: 55

Sign: THROMBOCYTOPENIA, Number of times reported: 54

Sign: BLOOD IN URINE, Number of times reported: 53

Sign: LIMPING, Number of times reported: 53

Sign: NOT DRINKING, Number of times reported: 53

Sign: DEHYDRATION, Number of times reported: 47

Sign: LATERAL RECUMBENCY, Number of times reported: 46

Sign: MUSCLE WEAKNESS NOS, Number of times reported: 46

Sign: UNCOMFORTABLE, Number of times reported: 46

Sign: HIND LIMB PARALYSIS, Number of times reported: 45

Sign: INAPPROPRIATE DEFECATION, Number of times reported: 45

Sign: STUMBLING GAIT, Number of times reported: 45

Sign: AZOTAEMIA, Number of times reported: 44

Sign: URINE ABNORMALITIES NOS, Number of times reported: 44

Sign: ABNORMAL ULTRASOUND FINDING, Number of times reported: 43

Sign: ANAPHYLAXIS, Number of times reported: 43

Sign: EXCESSIVE THIRST, Number of times reported: 42

Sign: RENAL FAILURE, Number of times reported: 42

Sign: TREMOR, Number of times reported: 42

Sign: HYPOALBUMINAEMIA, Number of times reported: 40

Sign: STARING, Number of times reported: 40

Sign: TACHYCARDIA, Number of times reported: 40

Sign: ELEVATED SERUM ALKALINE PHOSPHATASE (ALP), Number of times reported: 39

Sign: INJECTION SITE PAIN, Number of times reported: 39

Sign: NAUSEA, Number of times reported: 39

Sign: NEUROLOGICAL SIGNS NOS, Number of times reported: 39

Sign: PROPRIOCEPTION LOSS, Number of times reported: 39

Sign: BREATHING DIFFICULTY, Number of times reported: 37

Sign: HYPERGLYCAEMIA, Number of times reported: 37

Sign: INJECTION SITE SWELLING, Number of times reported: 37

Sign: PANCREATITIS, Number of times reported: 37

Sign: PYURIA, Number of times reported: 36

Sign: TWITCHING, Number of times reported: 36

Sign: ITCHING, Number of times reported: 35

Sign: LIMB NON-WEIGHT BEARING, Number of times reported: 35

Sign: MONOCYTOSIS, Number of times reported: 35

Sign: ELEVATED TOTAL BILIRUBIN, Number of times reported: 34

Sign: COLLAPSE, Number of times reported: 33

Sign: LOW PLATELET COUNT, Number of times reported: 33

Sign: PARESIS, Number of times reported: 33

Sign: STIFFNESS NOS, Number of times reported: 33

Sign: GAIT ABNORMALITY, Number of times reported: 32

Sign: HEART MURMUR, Number of times reported: 32

Sign: ABNORMAL CYTOLOGY, Number of times reported: 31

Sign: BACTERIAL SKIN INFECTION NOS, Number of times reported: 31

Sign: ELEVATED GLOBULINS, Number of times reported: 31

Sign: LABOURED BREATHING, Number of times reported: 31

Sign: URINE LEAKAGE, Number of times reported: 31

Sign: FACIAL SWELLING, Number of times reported: 30

Sign: IMMUNE MEDIATED HAEMOLYTIC ANAEMIA, Number of times reported: 30

Sign: IMPAIRED PROPRIOCEPTION, Number of times reported: 30

Sign: AGGRESSION, Number of times reported: 28

Sign: COGNITIVE DISORDER NOS, Number of times reported: 28

Sign: DECREASED HAEMATOCRIT, Number of times reported: 28

Sign: DIABETES, Number of times reported: 28

Sign: HEAD TREMOR, Number of times reported: 28

Sign: HEAVY BREATHING, Number of times reported: 28

Sign: MASS NOS, Number of times reported: 28

Sign: COLLAPSE OF LEG, Number of times reported: 27

Sign: HIGH PANCREATIC-SPECIFIC LIPASE, Number of times reported: 27

Sign: HOT SPOT (PYOTRAUMATIC DERMATITIS), Number of times reported: 27

Sign: IMMUNE MEDIATED THROMBOCYTOPENIA, Number of times reported: 27

Sign: ISOSTHENURIA, Number of times reported: 27

Sign: AGITATION, Number of times reported: 26

Sign: CRUST, Number of times reported: 26

Sign: GENERALISED WEAKNESS, Number of times reported: 26

Sign: REDDENING OF THE SKIN, Number of times reported: 26

Sign: DIFFICULTY GOING UP/DOWN STAIRS, Number of times reported: 25

Sign: SKIN LESION NOS, Number of times reported: 25

Sign: TACHYPNOEA, Number of times reported: 25

Sign: TREMBLING, Number of times reported: 25

Sign: CIRCLING - NEUROLOGICAL DISORDER, Number of times reported: 24

Sign: HIVES, Number of times reported: 24

Sign: DYSPNOEA, Number of times reported: 23

Sign: EMESIS, Number of times reported: 23

Sign: INTERVERTEBRAL DISC DISEASE, Number of times reported: 23

Sign: NEUROLOGICAL SYMPTOMS NOS, Number of times reported: 23

Sign: RECUMBENCY, Number of times reported: 23

Sign: CRYING, Number of times reported: 22

Sign: ELEVATED AMYLASE, Number of times reported: 22

Sign: ELEVATED LIPASE, Number of times reported: 22

Sign: ERYTHEMA, Number of times reported: 22

Sign: HAIR LOSS NOS, Number of times reported: 22

Sign: PARTIAL ANOREXIA, Number of times reported: 22

Sign: SPLENIC NEOPLASM NOS, Number of times reported: 22

Sign: UNRESPONSIVE TO STIMULI, Number of times reported: 22

Sign: UNSTEADY GAIT, Number of times reported: 22

Sign: LICKING, Number of times reported: 21

Sign: LYMPHOPENIA, Number of times reported: 21

Sign: MUSCLE ATROPHY, Number of times reported: 21

Sign: NEUROLOGICAL DISORDER NOS, Number of times reported: 21

Sign: POLLAKIURIA, Number of times reported: 21

Sign: STAGGERING, Number of times reported: 21

Sign: IMMEDIATE PAIN UPON INJECTION, Number of times reported: 20

Sign: LOSS OF HEARING, Number of times reported: 20

Sign: PYODERMA, Number of times reported: 20

Sign: BRUISING, Number of times reported: 19

Sign: ELEVATED GAMMA-GLUTAMYL TRANSFERASE (GGT), Number of times reported: 19

Sign: GRAND MAL SEIZURE, Number of times reported: 19

Sign: MUSCLE WASTING, Number of times reported: 19

Sign: PARALYSIS NOS, Number of times reported: 19

Sign: PARAPARESIS, Number of times reported: 19

Sign: SKIN LUMP, Number of times reported: 19

Sign: STRANGURIA, Number of times reported: 19

Sign: APPETITE LOSS, Number of times reported: 18

Sign: BLINDNESS, Number of times reported: 18

Sign: DECREASED DRINKING, Number of times reported: 18

Sign: DISTENSION OF ABDOMEN, Number of times reported: 18

Sign: ELEVATED CHOLESTEROL (TOTAL), Number of times reported: 18

Sign: LEUCOPENIA NOS, Number of times reported: 18

Sign: LOCAL SWELLING (NOT APPLICATION SITE), Number of times reported: 18

Sign: LUMBAR PAIN, Number of times reported: 18

Sign: LYMPHOMA, Number of times reported: 18

Sign: RESPIRATORY DISTRESS, Number of times reported: 18

Sign: SKIN SCAB, Number of times reported: 18

Sign: ADIPSIA, Number of times reported: 17

Sign: DEPRESSION, Number of times reported: 17

Sign: HORIZONTAL NYSTAGMUS, Number of times reported: 17

Sign: LOCALISED PAIN NOS, Number of times reported: 17

Sign: OCULAR DISCHARGE, Number of times reported: 17

Sign: WHINING, Number of times reported: 17

Sign: DISORIENTED STATE, Number of times reported: 16

Sign: GLUCOSURIA, Number of times reported: 16

Sign: HEAD TILT - EAR DISORDER, Number of times reported: 16

Sign: HYPERACTIVITY, Number of times reported: 16

Sign: LARYNGEAL PARALYSIS, Number of times reported: 16

Sign: LYING DOWN, Number of times reported: 16

Sign: MALAISE, Number of times reported: 16

Sign: SPONDYLOSIS, Number of times reported: 16

Sign: ABDOMINAL PAIN, Number of times reported: 15

Sign: CARDIAC ENLARGEMENT, Number of times reported: 15

Sign: CIRCLING - BEHAVIOURAL DISORDER, Number of times reported: 15

Sign: COGNITIVE IMPAIRMENT, Number of times reported: 15

Sign: DISCOMFORT NOS, Number of times reported: 15

Sign: EAR INFECTION NOS, Number of times reported: 15

Sign: ELEVATED ASPARTATE AMINOTRANSFERASE (AST), Number of times reported: 15

Sign: FOCAL SEIZURE, Number of times reported: 15

Sign: HIDING, Number of times reported: 15

Sign: HYPOGLYCAEMIA, Number of times reported: 15

Sign: MUSCULOSKELETAL PAIN, Number of times reported: 15

Sign: NECK PAIN - NEUROLOGICAL, Number of times reported: 15

Sign: NEOPLASIA NOS, Number of times reported: 15

Sign: NON-REGENERATIVE ANAEMIA, Number of times reported: 15

Sign: PROPRIOCEPTION ABNORMALITY, Number of times reported: 15

Sign: ALOPECIA, Number of times reported: 14

Sign: ALOPECIA LOCAL, Number of times reported: 14

Sign: ASPIRATION PNEUMONIA, Number of times reported: 14

Sign: BLOOD IN FAECES NOS, Number of times reported: 14

Sign: BLOOD IN VOMIT, Number of times reported: 14

Sign: FLATULENCE, Number of times reported: 14

Sign: HYPERTENSION, Number of times reported: 14

Sign: LOCALISED HAIR LOSS, Number of times reported: 14

Sign: LOSS OF BOWEL CONTROL, Number of times reported: 14

Sign: NOT URINATING, Number of times reported: 14

Sign: SKIN AND TISSUE INFECTION NOS, Number of times reported: 14

Sign: SLEEP DISTURBANCE NOS, Number of times reported: 14

Sign: STIFFNESS LIMB, Number of times reported: 14

Sign: ARCHED BACK, Number of times reported: 13

Sign: CIRCULATORY COLLAPSE, Number of times reported: 13

Sign: DERMAL CYST(S), Number of times reported: 13

Sign: DERMAL MASS, Number of times reported: 13

Sign: ELEVATED PROTEIN:CREATININE RATIO, Number of times reported: 13

Sign: ENLARGED LYMPH NODE (LOCALISED), Number of times reported: 13

Sign: HYPERCALCAEMIA, Number of times reported: 13

Sign: HYPERKALAEMIA, Number of times reported: 13

Sign: HYPERPROTEINAEMIA, Number of times reported: 13

Sign: HYPOCHLORAEMIA, Number of times reported: 13

Sign: INCREASED SEIZURE FREQUENCY, Number of times reported: 13

Sign: INCREASED URINE VOLUME, Number of times reported: 13

Sign: JOINT EFFUSION, Number of times reported: 13

Sign: LIGAMENT RUPTURE, Number of times reported: 13

Sign: NEUTROPENIA, Number of times reported: 13

Sign: PANCREATITIS NOS, Number of times reported: 13

Sign: RENAL DISORDER NOS, Number of times reported: 13

Sign: RETCHING, Number of times reported: 13

Sign: SKIN SORE, Number of times reported: 13

Sign: SWELLING NOS, Number of times reported: 13

Sign: SWOLLEN LIMB, Number of times reported: 13

Sign: SYNCOPE, Number of times reported: 13

Sign: THROMBOCYTOSIS, Number of times reported: 13

Sign: VOMITING BILE, Number of times reported: 13

Sign: BONE AND JOINT DISORDER NOS, Number of times reported: 12

Sign: CHATTERING OF TEETH, Number of times reported: 12

Sign: CONSTIPATION, Number of times reported: 12

Sign: ELEVATED TEMPERATURE, Number of times reported: 12

Sign: ENLARGED LIVER, Number of times reported: 12

Sign: ENLARGED LYMPH NODES (GENERALISED), Number of times reported: 12

Sign: GAGGING, Number of times reported: 12

Sign: HEAD DOWN, Number of times reported: 12

Sign: HEPATOMEGALY, Number of times reported: 12

Sign: INCREASED APPETITE, Number of times reported: 12

Sign: PARALYSIS, Number of times reported: 12

Sign: SPLENOMEGALY, Number of times reported: 12

Sign: TARRY OR BLACK STOOL, Number of times reported: 12

Sign: TORN LIGAMENT, Number of times reported: 12

Sign: WIDE-BASE STANCE, Number of times reported: 12

Sign: ABDOMINAL MASS, Number of times reported: 11

Sign: ABNORMAL BREATHING, Number of times reported: 11

Sign: ABNORMAL URINE ODOUR, Number of times reported: 11

Sign: BARKING, Number of times reported: 11

Sign: DEPRESSED REFLEXES, Number of times reported: 11

Sign: ELEVATED LIVER ENZYMES NOS, Number of times reported: 11

Sign: EYE DISORDER NOS, Number of times reported: 11

Sign: FLUID IN ABDOMEN NOS, Number of times reported: 11

Sign: HAIR SHEDDING, Number of times reported: 11

Sign: HYPERSALIVATION, Number of times reported: 11

Sign: HYPERTHERMIA, Number of times reported: 11

Sign: HYPOKALAEMIA, Number of times reported: 11

Sign: INVOLUNTARY DEFECATION, Number of times reported: 11

Sign: JOINT SWELLING, Number of times reported: 11

Sign: MENTAL IMPAIRMENT NOS, Number of times reported: 11

Sign: MOIST DERMATITIS, Number of times reported: 11

Sign: NASAL DISCHARGE, Number of times reported: 11

Sign: PITTING OEDEMA, Number of times reported: 11

Sign: PULMONARY OEDEMA, Number of times reported: 11

Sign: QUIET, Number of times reported: 11

Sign: WARM FEELING TO THE TOUCH, Number of times reported: 11

Sign: ACUTE RENAL FAILURE, Number of times reported: 10

Sign: ARTHRITIS, Number of times reported: 10

Sign: BUMPING INTO WALLS, Number of times reported: 10

Sign: CRYSTALLURIA, Number of times reported: 10

Sign: DECREASED ACTIVITY, Number of times reported: 10

Sign: DECREASED BOWEL MOVEMENTS, Number of times reported: 10

Sign: DISCOLOURED URINE, Number of times reported: 10

Sign: DRY MUCOUS MEMBRANE, Number of times reported: 10

Sign: INCREASED RESPIRATORY RATE, Number of times reported: 10

Sign: INJECTION SITE LUMP, Number of times reported: 10

Sign: INJECTION SITE MASS NOS, Number of times reported: 10

Sign: MYELOPATHY NOS, Number of times reported: 10

Sign: NEUROMUSCULAR DISORDER NOS, Number of times reported: 10

Sign: PNEUMONIA, Number of times reported: 10

Sign: POLYPHAGIA, Number of times reported: 10

Sign: REGENERATIVE ANAEMIA, Number of times reported: 10

Sign: REGURGITATION, Number of times reported: 10

Sign: STOMACH UPSET, Number of times reported: 10

Sign: STROKE, Number of times reported: 10

Sign: TIREDNESS, Number of times reported: 10

Sign: ADRENAL GLAND DISORDER NOS, Number of times reported: 9

Sign: ARRHYTHMIA, Number of times reported: 9

Sign: DECREASED RED BLOOD CELL COUNT, Number of times reported: 9

Sign: DIABETES MELLITUS, Number of times reported: 9

Sign: EOSINOPHILIA, Number of times reported: 9

Sign: FEBRILE, Number of times reported: 9

Sign: GENERAL PAIN, Number of times reported: 9

Sign: GENITAL TRACT LICKING, Number of times reported: 9

Sign: HEAD BOBBING, Number of times reported: 9

Sign: HIGH BLOOD PRESSURE, Number of times reported: 9

Sign: HYPERMETRIA, Number of times reported: 9

Sign: HYPOTHERMIA, Number of times reported: 9

Sign: JOINT PAIN, Number of times reported: 9

Sign: LOSS OF VISION, Number of times reported: 9

Sign: SLEEPINESS - SYSTEMIC DISORDER, Number of times reported: 9

Sign: SNEEZING, Number of times reported: 9

Sign: STIFF GAIT, Number of times reported: 9

Sign: STRAINING TO DEFECATE, Number of times reported: 9

Sign: TENSE ABDOMEN, Number of times reported: 9

Sign: URINARY BLADDER DISORDER NOS, Number of times reported: 9

Sign: ACTIVE URINE SEDIMENT, Number of times reported: 8

Sign: BALANCE IMPAIRED, Number of times reported: 8

Sign: CYSTITIS, Number of times reported: 8

Sign: DULLNESS, Number of times reported: 8

Sign: ELEVATED CREATINE-KINASE (CK), Number of times reported: 8

Sign: EOSINOPENIA, Number of times reported: 8

Sign: EXCESSIVE CHEWING, LICKING AND/OR GROOMING, Number of times reported: 8

Sign: GALL BLADDER & BILE DUCT DISORDER NOS, Number of times reported: 8

Sign: GLAZED EYE, Number of times reported: 8

Sign: HEAD SHAKE - EAR DISORDER, Number of times reported: 8

Sign: HIGH IONIZED CALCIUM (CA; HYPERCALCEMIA, IONIZED), Number of times reported: 8

Sign: HYPONATREMIA, Number of times reported: 8

Sign: HYPOPROTEINAEMIA, Number of times reported: 8

Sign: IMPAIRED VISION, Number of times reported: 8

Sign: INCREASED HEART RATE, Number of times reported: 8

Sign: INCREASED PERCENTAGE RETICULOCYTES, Number of times reported: 8

Sign: INJECTION SITE ABSCESS, Number of times reported: 8

Sign: INJECTION SITE ALOPECIA, Number of times reported: 8

Sign: INJECTION SITE SCAB, Number of times reported: 8

Sign: LIVER FAILURE, Number of times reported: 8

Sign: LOW THYROXINE (T4), Number of times reported: 8

Sign: MENTAL CONFUSION, Number of times reported: 8

Sign: NEUROPATHY NOS, Number of times reported: 8

Sign: PICA NOS, Number of times reported: 8

Sign: RASH, Number of times reported: 8

Sign: SUDDEN DEATH, Number of times reported: 8

Sign: UNABLE TO JUMP, Number of times reported: 8

Sign: WHEEZING, Number of times reported: 8

Sign: WOUND, Number of times reported: 8

Sign: ABDOMINAL DISCOMFORT, Number of times reported: 7

Sign: ABNORMAL POSTURE NOS, Number of times reported: 7

Sign: ABNORMAL STOOL COLOURATION, Number of times reported: 7

Sign: ACIDIC URINE, Number of times reported: 7

Sign: ANISOCORIA, Number of times reported: 7

Sign: ASCITES, Number of times reported: 7

Sign: ATTENTION-SEEKING BEHAVIOUR, Number of times reported: 7

Sign: BALANCE PROBLEM, Number of times reported: 7

Sign: BILIARY SLUDGE, Number of times reported: 7

Sign: BILIRUBINURIA, Number of times reported: 7

Sign: BITING -AGGRESSION, Number of times reported: 7

Sign: BLADDER DISTENSION, Number of times reported: 7

Sign: BLADDER INCONTINENCE, Number of times reported: 7

Sign: BRADYCARDIA, Number of times reported: 7

Sign: CELLULITIS, Number of times reported: 7

Sign: CORNEAL ULCER, Number of times reported: 7

Sign: CYANOSIS, Number of times reported: 7

Sign: CYANOTIC MUCOUS MEMBRANES, Number of times reported: 7

Sign: DIFFICULTY EATING NOS, Number of times reported: 7

Sign: DILATED PUPILS, Number of times reported: 7

Sign: DROOPING EYELID, Number of times reported: 7

Sign: ELEVATED TRIGLYCERIDE, Number of times reported: 7

Sign: EPISTAXIS, Number of times reported: 7

Sign: EPISTAXIS (UNILATERAL), Number of times reported: 7

Sign: ERYTHEMATOUS RASH, Number of times reported: 7

Sign: EXCESSIVE APPETITE, Number of times reported: 7

Sign: FACIAL PARALYSIS, Number of times reported: 7

Sign: FOAMING AT THE MOUTH, Number of times reported: 7

Sign: HAEMORRHAGIC DIARRHOEA, Number of times reported: 7

Sign: HALITOSIS, Number of times reported: 7

Sign: HEARING DECREASED, Number of times reported: 7

Sign: HYPERAESTHESIA, Number of times reported: 7

Sign: HYPOSENSITIVITY TO PAIN, Number of times reported: 7

Sign: INCOORDINATION, Number of times reported: 7

Sign: INCREASED BAND NEUTROPHILIA, Number of times reported: 7

Sign: INCREASED BORBORYGMUS, Number of times reported: 7

Sign: INTESTINAL DISORDER NOS, Number of times reported: 7

Sign: MUSCLE STIFFNESS, Number of times reported: 7

Sign: MUSCLE TREMOR, Number of times reported: 7

Sign: PERICARDIAL EFFUSION, Number of times reported: 7

Sign: QUADRIPARESIS, Number of times reported: 7

Sign: REDUCED REFLEXES, Number of times reported: 7

Sign: SHIVERING, Number of times reported: 7

Sign: SKIN SLOUGH, Number of times reported: 7

Sign: SKIN ULCER, Number of times reported: 7

Sign: SPASM, Number of times reported: 7

Sign: SPLEEN NODULES, Number of times reported: 7

Sign: URINATION, Number of times reported: 7

Sign: WHITE BLOOD CELL DISORDER NOS, Number of times reported: 7

Sign: ABDOMINAL CAVITY HAEMORRHAGE, Number of times reported: 6

Sign: ABDOMINAL EFFUSION, Number of times reported: 6

Sign: BUMPS ON SKIN, Number of times reported: 6

Sign: CARDIAC ARREST, Number of times reported: 6

Sign: CONGESTIVE HEART FAILURE, Number of times reported: 6

Sign: DERMAL NODULE, Number of times reported: 6

Sign: ECCHYMOSIS, Number of times reported: 6

Sign: ELEVATED PANCREATIC ENZYMES, Number of times reported: 6

Sign: FLAKING SKIN, Number of times reported: 6

Sign: HAIR COAT DISCOLOURATION, Number of times reported: 6

Sign: HEAD PRESSING, Number of times reported: 6

Sign: HORNER'S SYNDROME, Number of times reported: 6

Sign: HYPERNATREMIA, Number of times reported: 6

Sign: HYPOCALCAEMIA, Number of times reported: 6

Sign: HYPOTENSION, Number of times reported: 6

Sign: HYPOTHYROIDISM, Number of times reported: 6

Sign: IDIOPATHIC VESTIBULAR DISEASE, Number of times reported: 6

Sign: INJECTION SITE DERMATITIS, Number of times reported: 6

Sign: INJECTION SITE REACTION NOS, Number of times reported: 6

Sign: LIVER NODULES, Number of times reported: 6

Sign: LOCALISED ITCHING, Number of times reported: 6

Sign: LYMPHADENOPATHY, Number of times reported: 6

Sign: MAST CELL TUMOUR, Number of times reported: 6

Sign: MUSCLE SHAKING, Number of times reported: 6

Sign: MUSCLE SPASM NOS, Number of times reported: 6

Sign: NOT SLEEPING, Number of times reported: 6

Sign: OSTEOSARCOMA, Number of times reported: 6

Sign: OTITIS NOS, Number of times reported: 6

Sign: PALPABLE MASS NOS, Number of times reported: 6

Sign: PETECHIAE NOS, Number of times reported: 6

Sign: REDUCED RESPONSES, Number of times reported: 6

Sign: RENAL INSUFFICIENCY, Number of times reported: 6

Sign: ROLLING, Number of times reported: 6

Sign: ROTATORY NYSTAGMUS, Number of times reported: 6

Sign: SEDATION, Number of times reported: 6

Sign: SENSATION LOSS, Number of times reported: 6

Sign: SHALLOW BREATHING, Number of times reported: 6

Sign: SKIN DISORDERS NOS, Number of times reported: 6

Sign: SWOLLEN LYMPH NODE, Number of times reported: 6

Sign: URINARY RETENTION, Number of times reported: 6

Sign: VASCULITIS, Number of times reported: 6

Sign: ABNORMAL MENACE REFLEX TEST, Number of times reported: 5

Sign: ABNORMAL PUPIL LIGHT REFLEX, Number of times reported: 5

Sign: ABSCESS NOS, Number of times reported: 5

Sign: ADRENAL GLAND TUMOUR, Number of times reported: 5

Sign: ANAL AND RECTAL DISORDER NOS, Number of times reported: 5

Sign: AUTOIMMUNE DISORDER NOS, Number of times reported: 5

Sign: BASOPHILIA, Number of times reported: 5

Sign: CENTRAL VESTIBULAR DISORDER, Number of times reported: 5

Sign: CERVICAL PAIN, Number of times reported: 5

Sign: CRACKLES ON AUSCULTATION, Number of times reported: 5

Sign: CYST NOS, Number of times reported: 5

Sign: DECREASED PACKED CELL VOLUME (PCV), Number of times reported: 5

Sign: DIABETIC KETOACIDOSIS, Number of times reported: 5

Sign: DIFFICULTY IN MICTURITION, Number of times reported: 5

Sign: DISTRESS, Number of times reported: 5

Sign: DULL, Number of times reported: 5

Sign: ELECTROLYTE DISORDER, Number of times reported: 5

Sign: ELEVATED HAEMATOCRIT, Number of times reported: 5

Sign: EPIDERMAL COLLARETTE, Number of times reported: 5

Sign: EYES ROLLING BACK, Number of times reported: 5

Sign: FRACTURE, Number of times reported: 5

Sign: GASTRITIS, Number of times reported: 5

Sign: GENERAL HAIR LOSS, Number of times reported: 5

Sign: GENERALISED ITCHING, Number of times reported: 5

Sign: HAEMATOCHEZIA, Number of times reported: 5

Sign: HAEMORRHAGE NOS, Number of times reported: 5

Sign: HEAD SHAKE - BEHAVIOURAL DISORDER, Number of times reported: 5

Sign: INJECTION SITE ERYTHEMA, Number of times reported: 5

Sign: INJECTION SITE HAIR LOSS, Number of times reported: 5

Sign: INJECTION SITE REDDENING, Number of times reported: 5

Sign: ITCHY SKIN, Number of times reported: 5

Sign: LACK OF AWARENESS, Number of times reported: 5

Sign: LACK OF RESPONSE TO OWNER, Number of times reported: 5

Sign: LIMPNESS, Number of times reported: 5

Sign: LISTLESS, Number of times reported: 5

Sign: LOCALISED OEDEMA (NOT APPLICATION SITE), Number of times reported: 5

Sign: LUNG TUMOUR, Number of times reported: 5

Sign: LYMPHOCYTOSIS, Number of times reported: 5

Sign: MEDICATION ERROR NOS, Number of times reported: 5

Sign: MIOSIS, Number of times reported: 5

Sign: MISCELLANEOUS EATING DISORDER NOS, Number of times reported: 5

Sign: MUCOUS STOOL, Number of times reported: 5

Sign: NASAL BLEEDING, Number of times reported: 5

Sign: NASAL CONGESTION, Number of times reported: 5

Sign: OEDEMA OF THE EXTREMITIES, Number of times reported: 5

Sign: PADDLING, Number of times reported: 5

Sign: PARAPLEGIA, Number of times reported: 5

Sign: PLATELET DISORDER NOS, Number of times reported: 5

Sign: PLEURAL EFFUSION, Number of times reported: 5

Sign: PUSTULES, Number of times reported: 5

Sign: RIGIDITY OF LIMBS, Number of times reported: 5

Sign: SARCOMA NOS, Number of times reported: 5

Sign: SKIN INFLAMMATION NOS, Number of times reported: 5

Sign: SLOW REFLEXES, Number of times reported: 5

Sign: SWELLING AROUND EYE, Number of times reported: 5

Sign: UNCONSCIOUS, Number of times reported: 5

Sign: URINARY TRACT DISORDER NOS, Number of times reported: 5

Sign: VERTICAL NYSTAGMUS, Number of times reported: 5

Sign: WEAK PULSE, Number of times reported: 5

Sign: ABNORMAL RED BLOOD CELL, Number of times reported: 4

Sign: ABNORMAL SERUM PROTEIN NOS, Number of times reported: 4

Sign: ALKALINE URINE, Number of times reported: 4

Sign: ALOPECIA GENERAL, Number of times reported: 4

Sign: ANAL SAC DISORDER, Number of times reported: 4

Sign: CARDIAC DISORDER NOS, Number of times reported: 4

Sign: CLAW / HOOF / NAIL DISORDER NOS, Number of times reported: 4

Sign: CONJUNCTIVITIS, Number of times reported: 4

Sign: CRANIAL NERVE DISORDER, Number of times reported: 4

Sign: DRY SKIN, Number of times reported: 4

Sign: DYSPHORIA, Number of times reported: 4

Sign: EXCORIATION, Number of times reported: 4

Sign: FACIAL PRURITUS, Number of times reported: 4

Sign: FAINTING, Number of times reported: 4

Sign: GASTROENTERITIS, Number of times reported: 4

Sign: GROWLING, Number of times reported: 4

Sign: GUM DISORDER NOS, Number of times reported: 4

Sign: HAEMATOMA NOS, Number of times reported: 4

Sign: HAEMORRHAGIC GASTROENTERITIS, Number of times reported: 4

Sign: HEART VALVE DISORDER, Number of times reported: 4

Sign: HEMIPARESIS (WEAKNESS L OR R SIDE), Number of times reported: 4

Sign: HEPATIC TUMOUR, Number of times reported: 4

Sign: HEPATOPATHY, Number of times reported: 4

Sign: HIGH TRYPSIN-LIKE IMMUNOREACTIVITY (TLI), Number of times reported: 4

Sign: IMPAIRED VOCALISATION, Number of times reported: 4

Sign: INJECTION SITE CRUST, Number of times reported: 4

Sign: INJECTION SITE WARMTH, Number of times reported: 4

Sign: JOINT LIGAMENT DISORDER NOS, Number of times reported: 4

Sign: JOINT STIFFNESS, Number of times reported: 4

Sign: LACK OF COORDINATION, Number of times reported: 4

Sign: LICK GRANULOMA, Number of times reported: 4

Sign: LIP SMACKING, Number of times reported: 4

Sign: LOCALISED RASH, Number of times reported: 4

Sign: MEGAOESOPHAGUS, Number of times reported: 4

Sign: MENTAL FUNCTION DECREASED, Number of times reported: 4

Sign: MONOPARESIS (PARALYSIS OF LIMB), Number of times reported: 4

Sign: NECROPSY PERFORMED, Number of times reported: 4

Sign: ORAL ULCERATION, Number of times reported: 4

Sign: PAINFUL URINATION, Number of times reported: 4

Sign: PIGMENTATION DISORDER, Number of times reported: 4

Sign: PINNAE DISORDER, Number of times reported: 4

Sign: PINNAL ERYTHEMA, Number of times reported: 4

Sign: PREMATURE VENTRICULAR CONTRACTIONS, Number of times reported: 4

Sign: PULMONARY METASTASES, Number of times reported: 4

Sign: PURULENT LESION(S), Number of times reported: 4

Sign: PYELONEPHRITIS, Number of times reported: 4

Sign: RED EYE, Number of times reported: 4

Sign: SCRATCHING, Number of times reported: 4

Sign: SKIN DISCOLOURATION NOS, Number of times reported: 4

Sign: SKIN IRRITATION, Number of times reported: 4

Sign: SKIN SWELLING, Number of times reported: 4

Sign: SPLEEN RUPTURE, Number of times reported: 4

Sign: STRIDOR (UPPER RESPIRATORY; FOR LOWER RESPIRATORY SEE ALSO BRONCHIAL RALE), Number of times reported: 4

Sign: SWALLOWING DIFFICULT, Number of times reported: 4

Sign: SWOLLEN EYE, Number of times reported: 4

Sign: SWOLLEN JOINT, Number of times reported: 4

Sign: SYSTEMIC DISORDER NOS, Number of times reported: 4

Sign: TEETH GRINDING, Number of times reported: 4

Sign: TENSE MUSCLES, Number of times reported: 4

Sign: THORACIC PAIN, Number of times reported: 4

Sign: UNDERDOSE, Number of times reported: 4

Sign: UVEITIS, Number of times reported: 4

Sign: ABNORMAL ADRENOCORTICOTROPIC HORMONE (ACTH) STIMULATION TEST, Number of times reported: 3

Sign: ABNORMAL HISTOLOGY NOS, Number of times reported: 3

Sign: ADDISON'S DISEASE, Number of times reported: 3

Sign: AGONAL BREATHING, Number of times reported: 3

Sign: ALOPECIA NOS, Number of times reported: 3

Sign: ANAPHYLACTIC SHOCK, Number of times reported: 3

Sign: ANAPHYLACTIC-TYPE REACTION, Number of times reported: 3

Sign: ANURIA, Number of times reported: 3

Sign: APPETITE DISORDER NOS, Number of times reported: 3

Sign: ATOPIC ALLERGY NOS, Number of times reported: 3

Sign: BLEPHAROSPASM, Number of times reported: 3

Sign: BLOATED, Number of times reported: 3

Sign: BLOOD IN FAECES, Number of times reported: 3

Sign: BREATHLESSNESS, Number of times reported: 3

Sign: CHRONIC RENAL FAILURE, Number of times reported: 3

Sign: COMA, Number of times reported: 3

Sign: COUGH, PRODUCTIVE, Number of times reported: 3

Sign: CYST RUPTURE NOS, Number of times reported: 3

Sign: DECREASED BODY TEMPERATURE, Number of times reported: 3

Sign: DECREASED CHOLESTEROL (TOTAL), Number of times reported: 3

Sign: DECREASED HAEMOGLOBIN, Number of times reported: 3

Sign: DECREASED HEART RATE, Number of times reported: 3

Sign: DERMAL PLAQUE, Number of times reported: 3

Sign: DESTRUCTIVE BEHAVIOUR, Number of times reported: 3

Sign: DISCUS PROLAPSE, Number of times reported: 3

Sign: DRY EYE, Number of times reported: 3

Sign: EAR DISCHARGE, Number of times reported: 3

Sign: ENCEPHALITIS, Number of times reported: 3

Sign: ENOPHTHALMOS, Number of times reported: 3

Sign: FACIAL NERVE DISORDER, Number of times reported: 3

Sign: FACIAL PALSY, Number of times reported: 3

Sign: FOCUSING DIFFICULT, Number of times reported: 3

Sign: FOOD REFUSAL, Number of times reported: 3

Sign: FUNGAL SKIN INFECTION NOS, Number of times reported: 3

Sign: GASTRIC BLOAT, Number of times reported: 3

Sign: GASTRIC DILATION, Number of times reported: 3

Sign: GINGIVITIS, Number of times reported: 3

Sign: HAEMATEMESIS, Number of times reported: 3

Sign: HAEMOCONCENTRATION, Number of times reported: 3

Sign: HARSH LUNG SOUNDS, Number of times reported: 3

Sign: HEART FAILURE, Number of times reported: 3

Sign: HEPATIC DISORDER NOS, Number of times reported: 3

Sign: HEPATITIS, Number of times reported: 3

Sign: HYPERALBUMINAEMIA, Number of times reported: 3

Sign: HYPERCHLORAEMIA, Number of times reported: 3

Sign: HYPEREXTENSION, Number of times reported: 3

Sign: HYPERREFLEXIA, Number of times reported: 3

Sign: HYPOPHOSPHATAEMIA, Number of times reported: 3

Sign: ICTERUS, Number of times reported: 3

Sign: IMMUNE-MEDIATED POLYARTHRITIS, Number of times reported: 3

Sign: INCREASED COAGULATION TIME, Number of times reported: 3

Sign: INCREASED INTRA-OCULAR PRESSURE, Number of times reported: 3

Sign: INCREASED PACKED CELL VOLUME (PCV), Number of times reported: 3

Sign: INCREASED SKIN SENSITIVITY, Number of times reported: 3

Sign: INCREASED URINE CONCENTRATION, Number of times reported: 3

Sign: INJECTION SITE INFECTION, Number of times reported: 3

Sign: INJECTION SITE INFLAMMATION, Number of times reported: 3

Sign: INJECTION SITE IRRITATION, Number of times reported: 3

Sign: INJECTION SITE MUCOPURULENT DISCHARGE, Number of times reported: 3

Sign: INJECTION SITE SEROMA, Number of times reported: 3

Sign: INJECTION SITE SEROSANGUINOUS DISCHARGE, Number of times reported: 3

Sign: INJECTION SITE TENDERNESS, Number of times reported: 3

Sign: IRREGULAR BREATHING, Number of times reported: 3

Sign: JAUNDICE, Number of times reported: 3

Sign: JAW DISORDER, Number of times reported: 3

Sign: JOINT PAIN NOS, Number of times reported: 3

Sign: KETONURIA, Number of times reported: 3

Sign: LIP LICKING, Number of times reported: 3

Sign: LIVER DISORDER NOS, Number of times reported: 3

Sign: LIVER TUMOUR, Number of times reported: 3

Sign: LOSS OF VOLUNTARY MOVEMENT, Number of times reported: 3

Sign: LOW BLOOD PRESSURE, Number of times reported: 3

Sign: LOW SODIUM-POTASSIUM RATIO (NA:K RATIO), Number of times reported: 3

Sign: LUMINAL ENTEROPATHY, Number of times reported: 3

Sign: LUXATION/SUBLUXATION, Number of times reported: 3

Sign: MELAENA, Number of times reported: 3

Sign: METASTATIC NEOPLASIA, Number of times reported: 3

Sign: NEUROGENIC KERATOCONJUNCTIVITIS SICCA (KCS), Number of times reported: 3

Sign: OEDEMA NOS, Number of times reported: 3

Sign: ORAL MASS, Number of times reported: 3

Sign: OVERDOSE, Number of times reported: 3

Sign: PANCREAS DISORDER, Number of times reported: 3

Sign: PARADOXICAL VESTIBULAR SYNDROME, Number of times reported: 3

Sign: PEELING SKIN, Number of times reported: 3

Sign: PERIPHERAL NEUROPATHY, Number of times reported: 3

Sign: PODODERMATITIS, Number of times reported: 3

Sign: PR-HEART, LESION(S), Number of times reported: 3

Sign: PROLONGED BLEEDING NOS, Number of times reported: 3

Sign: PROLONGED CAPILLARY REFILL TIME, Number of times reported: 3

Sign: PR-SPLEEN, LESION(S), Number of times reported: 3

Sign: QUADRIPLEGIA, Number of times reported: 3

Sign: REDUCED GLOBULINS, Number of times reported: 3

Sign: RETINAL DEGENERATION, Number of times reported: 3

Sign: RIGIDITY, Number of times reported: 3

Sign: SALINE SLIDE AGGLUTINATION TEST, POSITIVE, Number of times reported: 3

Sign: SEBORRHOEA, Number of times reported: 3

Sign: SELF TRAUMA, Number of times reported: 3

Sign: SKIN ABSCESS, Number of times reported: 3

Sign: SKIN NECROSIS, Number of times reported: 3

Sign: SKIN PETECHIAE, Number of times reported: 3

Sign: SPONDYLITIS, Number of times reported: 3

Sign: SPONDYLOPATHY, Number of times reported: 3

Sign: SQUINTING, Number of times reported: 3

Sign: STAR-GAZING, Number of times reported: 3

Sign: STATUS EPILEPTICUS, Number of times reported: 3

Sign: STIFF KNEE, Number of times reported: 3

Sign: STRESS LEUKOGRAM, Number of times reported: 3

Sign: THIRD EYELID PROLAPSE, Number of times reported: 3

Sign: THIRD EYELID PROTRUSION, Number of times reported: 3

Sign: TONGUE DISORDER NOS, Number of times reported: 3

Sign: TONIC-CLONIC SEIZURE, Number of times reported: 3

Sign: TRAUMA NOS, Number of times reported: 3

Sign: TREMOR OF LIMB, Number of times reported: 3

Sign: ULCERATIVE DERMATITIS, Number of times reported: 3

Sign: UNEXPLAINED DEATH, Number of times reported: 3

Sign: UNRELATED DEATH, Number of times reported: 3

Sign: UNSETTLED, Number of times reported: 3

Sign: URINATION RELATED TO CONVULSION, Number of times reported: 3

Sign: VENTRICULAR ARRHYTHMIA, Number of times reported: 3

Sign: WEIGHT GAIN, Number of times reported: 3

Sign: ABDOMINAL CAVITY DISORDER NOS, Number of times reported: 2

Sign: ABNORMAL ECHOCARDIOGRAM, Number of times reported: 2

Sign: ABNORMAL MOVEMENT NOS, Number of times reported: 2

Sign: AGGLUTINATION TEST, POSITIVE, Number of times reported: 2

Sign: ANAPHYLACTOID REACTION, Number of times reported: 2

Sign: BELCHING, Number of times reported: 2

Sign: BLOATED STOMACH, Number of times reported: 2

Sign: BLOOD CLOT, Number of times reported: 2

Sign: BLOOD LOSS NOS, Number of times reported: 2

Sign: BRAIN DISORDER NOS, Number of times reported: 2

Sign: BRONCHOPULMONARY INFLAMMATION, Number of times reported: 2

Sign: CACHEXIA, Number of times reported: 2

Sign: CARDIAC MURMUR, Number of times reported: 2

Sign: CARDIORESPIRATORY ARREST, Number of times reported: 2

Sign: CHOLECYSTITIS, Number of times reported: 2

Sign: CHRONIC PANCREATITIS, Number of times reported: 2

Sign: COLD FEELING OF EXTREMITY, Number of times reported: 2

Sign: COLITIS, Number of times reported: 2

Sign: CORNEAL DISORDER NOS, Number of times reported: 2

Sign: CORNEAL OEDEMA, Number of times reported: 2

Sign: COUGHING UP BLOOD, Number of times reported: 2

Sign: CUSHINGS DISEASE - PITUITARY DEPENDENT, Number of times reported: 2

Sign: CUSHINGS DISEASE NOS, Number of times reported: 2

Sign: DEAFNESS, Number of times reported: 2

Sign: DECREASED BLOOD UREA NITROGEN (BUN) OR CREATININE, Number of times reported: 2

Sign: DECREASED MEAN CORPUSCULAR VOLUME (MCV), Number of times reported: 2

Sign: DECREASED PERCENTAGE OF RETICULOCYTES, Number of times reported: 2

Sign: DECREASED PULSE OXYGENATION, Number of times reported: 2

Sign: DECREASED RESPIRATORY RATE, Number of times reported: 2

Sign: DENTAL DISEASE, Number of times reported: 2

Sign: DERMAL THICKENING, Number of times reported: 2

Sign: DIABETES INSIPIDUS, Number of times reported: 2

Sign: DIFFICULTY GETTING IN CAR, Number of times reported: 2

Sign: DOWNER ANIMAL, Number of times reported: 2

Sign: DROOPY LOWER LIP, Number of times reported: 2

Sign: DYSURIA, Number of times reported: 2

Sign: EAR PRURITUS, Number of times reported: 2

Sign: ELEVATED BILE ACIDS, Number of times reported: 2

Sign: ELEVATED LACTATE, Number of times reported: 2

Sign: ENLARGED KIDNEY(S), Number of times reported: 2

Sign: ENTROPION, Number of times reported: 2

Sign: EXERCISE INTOLERANCE, Number of times reported: 2

Sign: EXTENSOR RIGIDITY, Number of times reported: 2

Sign: EYE ITCHING, Number of times reported: 2

Sign: EYELID MASS NOS, Number of times reported: 2

Sign: EYELID PTOSIS - NEUROLOGIC, Number of times reported: 2

Sign: FACIAL OEDEMA, Number of times reported: 2

Sign: FATIGUE, Number of times reported: 2

Sign: FLACCID PARALYSIS, Number of times reported: 2

Sign: FLATULENCE, BLOATING AND DISTENSION, Number of times reported: 2

Sign: FOAM IN THE MOUTH, Number of times reported: 2

Sign: FOOTPAD DISORDER NOS, Number of times reported: 2

Sign: FOUND DEAD, Number of times reported: 2

Sign: FURUNCULOSIS, Number of times reported: 2

Sign: GALL BLADDER INFLAMMATION, Number of times reported: 2

Sign: GALL BLADDER MUCOCELE, Number of times reported: 2

Sign: GASTRIC ULCER, Number of times reported: 2

Sign: GASTRIC VOLVULUS, Number of times reported: 2

Sign: GASTRO INTESTINAL STROMAL TUMOUR (GIST), Number of times reported: 2

Sign: GLAUCOMA, Number of times reported: 2

Sign: GLOMERULONEPHRITIS, Number of times reported: 2

Sign: GRANULOMA, Number of times reported: 2

Sign: HAIR CHANGE, Number of times reported: 2

Sign: HEART BASE TUMOUR NOS, Number of times reported: 2

Sign: HIGH FREE THYROXINE (FT4), Number of times reported: 2

Sign: HISTIOCYTOMA, Number of times reported: 2

Sign: HYPEREXCITATION, Number of times reported: 2

Sign: HYPERPIGMENTATION, Number of times reported: 2

Sign: HYPERSENSITIVITY NOS, Number of times reported: 2

Sign: HYPERSENSITIVITY REACTION, Number of times reported: 2

Sign: HYPERVENTILATION, Number of times reported: 2

Sign: IMPAIRED SWALLOWING, Number of times reported: 2

Sign: INAPPROPRIATE ELIMINATION NOS, Number of times reported: 2

Sign: INCREASED BOWEL MOVEMENTS (FREQUENCY), Number of times reported: 2

Sign: INFECTIOUS DISEASE NOS, Number of times reported: 2

Sign: INJECTED SCLERA, Number of times reported: 2

Sign: INJECTION SITE BLEEDING, Number of times reported: 2

Sign: INJECTION SITE COMPLICATION NOS, Number of times reported: 2

Sign: INJECTION SITE ITCHING, Number of times reported: 2

Sign: INJECTION SITE LESION, Number of times reported: 2

Sign: INJECTION SITE NODULE, Number of times reported: 2

Sign: INJECTION SITE PRURITUS, Number of times reported: 2

Sign: INJECTION SITE SKIN SCALING, Number of times reported: 2

Sign: INJECTION SITE WEEPING, Number of times reported: 2

Sign: INTENTIONAL MISUSE, Number of times reported: 2

Sign: IRRITABILITY, Number of times reported: 2

Sign: JAW PAIN, Number of times reported: 2

Sign: LACK OF EFFICACY (BACTERIA) - NOS, Number of times reported: 2

Sign: LICKING AT INJECTION SITE, Number of times reported: 2

Sign: LOW FREE THYROXINE (FT4), Number of times reported: 2

Sign: MAMMARY GLAND NEOPLASM NOS, Number of times reported: 2

Sign: MASS ERUPTION NOS, Number of times reported: 2

Sign: MELANOMA, Number of times reported: 2

Sign: MONOCYTOPENIA, Number of times reported: 2

Sign: MOUTH PAIN, Number of times reported: 2

Sign: MULTIPLE MYELOMA, Number of times reported: 2

Sign: MYASTHENIA GRAVIS, Number of times reported: 2

Sign: MYDRIASIS, Number of times reported: 2

Sign: MYOPATHY, Number of times reported: 2

Sign: MYOSITIS, Number of times reported: 2

Sign: NASAL ULCERATION, Number of times reported: 2

Sign: NEPHROPATHY, Number of times reported: 2

Sign: NERVE DAMAGE NOS, Number of times reported: 2

Sign: OESOPHAGITIS, Number of times reported: 2

Sign: OLIGURIA, Number of times reported: 2

Sign: ORAL BLEEDING, Number of times reported: 2

Sign: ORAL CAVITY DISORDER NOS, Number of times reported: 2

Sign: OTITIS EXTERNA, Number of times reported: 2

Sign: PAINFUL DEFECATION, Number of times reported: 2

Sign: PALPEBRAL DISORDER NOS, Number of times reported: 2

Sign: PANNICULITIS, Number of times reported: 2

Sign: PARAPHIMOSIS, Number of times reported: 2

Sign: PARTIAL ADIPSIA, Number of times reported: 2

Sign: PLANTIGRADE POSTURE, Number of times reported: 2

Sign: PR-KIDNEY(S), LESION(S), Number of times reported: 2

Sign: PR-LIVER, LESION(S), Number of times reported: 2

Sign: PR-LUNG(S), LESION(S), Number of times reported: 2

Sign: PRURITIC RASH, Number of times reported: 2

Sign: PULMONARY CONGESTION, Number of times reported: 2

Sign: PULMONARY DISORDER NOS, Number of times reported: 2

Sign: PULMONARY NEOPLASM, Number of times reported: 2

Sign: REDUCED LEVEL OF CONSCIOUSNESS, Number of times reported: 2

Sign: RENAL DEGENERATION, Number of times reported: 2

Sign: RESPIRATORY ARREST, Number of times reported: 2

Sign: RESPIRATORY TRACT DISORDER NOS, Number of times reported: 2

Sign: RESPIRATORY TRACT INFECTION NOS, Number of times reported: 2

Sign: RUBBING, Number of times reported: 2

Sign: SCALE, Number of times reported: 2

Sign: SCLERAL HAEMORRHAGE, Number of times reported: 2

Sign: SCOOTING, Number of times reported: 2

Sign: SELF MUTILATION, Number of times reported: 2

Sign: SEPTICAEMIA, Number of times reported: 2

Sign: SHOCK, Number of times reported: 2

Sign: SKIN HAEMATOMA, Number of times reported: 2

Sign: SKIN REACTION NOS, Number of times reported: 2

Sign: SKIN SARCOMA NOS, Number of times reported: 2

Sign: SKIN TUMOUR NOS, Number of times reported: 2

Sign: SPLEEN AND RETICULO-ENDOTHELIAL SYSTEM DISORDER NOS, Number of times reported: 2

Sign: STOMATITIS, Number of times reported: 2

Sign: SUNKEN EYES, Number of times reported: 2

Sign: SWOLLEN EYELID, Number of times reported: 2

Sign: SWOLLEN FACE, Number of times reported: 2

Sign: SWOLLEN MUZZLE, Number of times reported: 2

Sign: SYMPTOM NOS INVOLVING NEUROLOGICAL AND MUSCULAR SKELETAL SOCS, Number of times reported: 2

Sign: TAIL PARALYSIS, Number of times reported: 2

Sign: TAIL PARESIS, Number of times reported: 2

Sign: TENESMUS, Number of times reported: 2

Sign: THROMBOSIS, Number of times reported: 2

Sign: TONGUE ULCERATION, Number of times reported: 2

Sign: TOOTH DISORDER, Number of times reported: 2

Sign: ULCERATION NOS, Number of times reported: 2

Sign: UNILATERAL PARESIS, Number of times reported: 2

Sign: UNUSUAL STOOL COLOUR, Number of times reported: 2

Sign: UNWELL, Number of times reported: 2

Sign: UROLITHIASIS, Number of times reported: 2

Sign: VAGINAL DISCHARGE, Number of times reported: 2

Sign: VOICE ALTERATION, Number of times reported: 2

Sign: WELT, Number of times reported: 2

Sign: ABDOMINAL TRANSUDATE, Number of times reported: 1

Sign: ABNORMAL ELECTROCARDIOGRAM (ECG), Number of times reported: 1

Sign: ABNORMAL POSTURE, Number of times reported: 1

Sign: ABNORMAL THYROID STIMULATING HORMONE (TSH) LEVEL, Number of times reported: 1

Sign: ABNORMAL VISION, Number of times reported: 1

Sign: ACIDOSIS, Number of times reported: 1

Sign: ADENOCARCINOMA NOS, Number of times reported: 1

Sign: ADMINISTRATION ERROR NOS, Number of times reported: 1

Sign: AKINESIA, Number of times reported: 1

Sign: ALKALOSIS, Number of times reported: 1

Sign: ALLERGIC PRURITUS, Number of times reported: 1

Sign: ALLERGIC REACTION, Number of times reported: 1

Sign: ALLERGIC SKIN REACTION, Number of times reported: 1

Sign: ALLERGY NOS, Number of times reported: 1

Sign: ANTERIOR UVEITIS, Number of times reported: 1

Sign: APNOEA, Number of times reported: 1

Sign: ATTRACTIVENESS TO MALES, Number of times reported: 1

Sign: BITING - PRURITUS, Number of times reported: 1

Sign: BLEPHARITIS, Number of times reported: 1

Sign: BLOODSHOT EYE, Number of times reported: 1

Sign: BONE MARROW DISORDER NOS, Number of times reported: 1

Sign: BRONCHITIS, Number of times reported: 1

Sign: BRONCHOPNEUMONIA, Number of times reported: 1

Sign: BUCCAL ULCERATION, Number of times reported: 1

Sign: BULGING EYE, Number of times reported: 1

Sign: CALCULI, Number of times reported: 1

Sign: CARCINOMA NOS, Number of times reported: 1

Sign: CARDIAC NEOPLASM NOS, Number of times reported: 1

Sign: CATARACT, Number of times reported: 1

Sign: CERVICAL SPONDYLOPATHY, Number of times reported: 1

Sign: CHEWING DISORDER, Number of times reported: 1

Sign: CHOLANGIOHEPATITIS, Number of times reported: 1

Sign: CHONDROSARCOMA, Number of times reported: 1

Sign: CHRONIC HEPATITIS, Number of times reported: 1

Sign: CIRCULATORY SHOCK, Number of times reported: 1

Sign: CLOSED EYELID, Number of times reported: 1

Sign: CLOUDY EYE, Number of times reported: 1

Sign: CLUMSY, Number of times reported: 1

Sign: COAGULOPATHY, Number of times reported: 1

Sign: COGNITIVE AND ATTENTION DISORDERS NOS, Number of times reported: 1

Sign: COLD FEELING TO THE TOUCH, Number of times reported: 1

Sign: COMEDO/BLACKHEAD, Number of times reported: 1

Sign: CONGESTED MUCOUS MEMBRANE, Number of times reported: 1

Sign: CONVULSION, Number of times reported: 1

Sign: COUGHING BLOOD, Number of times reported: 1

Sign: CUTANEOUS NECROSIS, Number of times reported: 1

Sign: CUTANEOUS OEDEMA, Number of times reported: 1

Sign: DECREASED INTRA-OCULAR PRESSURE, Number of times reported: 1

Sign: DEFECATION RELATED TO CONVULSION, Number of times reported: 1

Sign: DENTAL CALCULUS, Number of times reported: 1

Sign: DERMATOSIS NOS, Number of times reported: 1

Sign: DETERIORATION OF MUSCLE FUNCTION, Number of times reported: 1

Sign: DIGESTIVE TRACT HAEMORRHAGE NOS, Number of times reported: 1

Sign: DIGESTIVE TRACT STENOSIS AND OBSTRUCTION NOS, Number of times reported: 1

Sign: DISORDER OF RED BLOOD CELL NOS, Number of times reported: 1

Sign: DISSEMINATED INTRAVASCULAR COAGULATION, Number of times reported: 1

Sign: DROWSINESS - SYSTEMIC DISORDER, Number of times reported: 1

Sign: DRY COAT, Number of times reported: 1

Sign: DRY MOUTH, Number of times reported: 1

Sign: DRY NOSE, Number of times reported: 1

Sign: DUODENAL ULCER, Number of times reported: 1

Sign: EAR PAIN, Number of times reported: 1

Sign: ELEVATED MEAN CORPUSCULAR VOLUME (MCV), Number of times reported: 1

Sign: ELEVATED RED CELL DISTRIBUTION WIDTH (RDW), Number of times reported: 1

Sign: ELEVATED THYROXINE (T4), Number of times reported: 1

Sign: ENDOCARDIOSIS, Number of times reported: 1

Sign: ENTERITIS, Number of times reported: 1

Sign: EQUILIBRIUM DISORDER, Number of times reported: 1

Sign: EROSION, Number of times reported: 1

Sign: ERUCTATION, Number of times reported: 1

Sign: ERUPTION, Number of times reported: 1

Sign: EXCESSIVE EAR WAX, Number of times reported: 1

Sign: EXCITATION, Number of times reported: 1

Sign: EXOPHTHALMIA, Number of times reported: 1

Sign: EXTERNAL EAR DISORDER NOS, Number of times reported: 1

Sign: EYE HAEMORRHAGE, Number of times reported: 1

Sign: EYE IRRITATION, Number of times reported: 1

Sign: EYE REDNESS, Number of times reported: 1

Sign: EYELID ERYTHEMA, Number of times reported: 1

Sign: EYELID LUMP, Number of times reported: 1

Sign: FASCICULATION, Number of times reported: 1

Sign: FASCIITIS, Number of times reported: 1

Sign: FEET SHIFTING, Number of times reported: 1

Sign: FIBROSARCOMA, Number of times reported: 1

Sign: FLY BITING BEHAVIOUR, Number of times reported: 1

Sign: FOLLICULITIS, Number of times reported: 1

Sign: GASTRIC DISTENSION, Number of times reported: 1

Sign: GASTRIC IRRITATION, Number of times reported: 1

Sign: GASTRIC TORSION, Number of times reported: 1

Sign: GASTRIC ULCERATION NOS, Number of times reported: 1

Sign: GINGIVAL DISORDER, Number of times reported: 1

Sign: GINGIVAL ERYTHEMA, Number of times reported: 1

Sign: HAEMANGIOMA, Number of times reported: 1

Sign: HEART BLOCK 1ST DEGREE, Number of times reported: 1

Sign: HEART BLOCK 3RD DEGREE, Number of times reported: 1

Sign: HEART DISORDER AGGRAVATED, Number of times reported: 1

Sign: HEMIPLEGIA, Number of times reported: 1

Sign: HEPATIC FAILURE, Number of times reported: 1

Sign: HEPATIC NECROSIS, Number of times reported: 1

Sign: HEPATO-BILIARY DISORDER NOS, Number of times reported: 1

Sign: HEPATOCELLULAR CARCINOMA, Number of times reported: 1

Sign: HICCUP, Number of times reported: 1

Sign: HIP DYSPLASIA, Number of times reported: 1

Sign: HYDROTHORAX, Number of times reported: 1

Sign: HYPERADRENOCORTICISM, Number of times reported: 1

Sign: HYPERAEMIA, Number of times reported: 1

Sign: HYPERAEMIC MUCOUS MEMBRANE, Number of times reported: 1

Sign: HYPERPARATHYROIDISM, Number of times reported: 1

Sign: HYPERSENSITIVITY TO LIGHT, Number of times reported: 1

Sign: HYPERTROPHIC DILATED CARDIOMYOPATHY, Number of times reported: 1

Sign: HYPHAEMIA, Number of times reported: 1

Sign: HYPOADRENOCORTICISM, Number of times reported: 1

Sign: HYPOAESTHESIA, Number of times reported: 1

Sign: HYPOCORTISOLAEMIA, Number of times reported: 1

Sign: HYPOMAGNESAEMIC CONDITION, Number of times reported: 1

Sign: HYPOVOLAEMIA, Number of times reported: 1

Sign: HYPOVOLAEMIC SHOCK, Number of times reported: 1

Sign: IMMUNE-MEDIATED POLYARTHROPATHY, Number of times reported: 1

Sign: IMPAIRED GASTRIC FUNCTION, Number of times reported: 1

Sign: IMPAIRED HEARING, Number of times reported: 1

Sign: IMPLANT SITE INFECTION, Number of times reported: 1

Sign: IMPLANT SITE SWELLING, Number of times reported: 1

Sign: INCREASED RED BLOOD CELL COUNT, Number of times reported: 1

Sign: INCREASED SENSITIVITY TO LIGHT, Number of times reported: 1

Sign: INCREASED SEXUAL INTEREST, Number of times reported: 1

Sign: INCREASED SKIN TEMPERATURE, Number of times reported: 1

Sign: INCREASED WEIGHT, Number of times reported: 1

Sign: INDIGESTION, Number of times reported: 1

Sign: INFLAMMATORY BOWEL DISORDER, Number of times reported: 1

Sign: INJECTION SITE HAEMATOMA, Number of times reported: 1

Sign: INJECTION SITE HAEMORRHAGE, Number of times reported: 1

Sign: INJECTION SITE SARCOMA, Number of times reported: 1

Sign: INJECTION SITE SKIN DISCOLOURATION, Number of times reported: 1

Sign: INJECTION SITE THICKENING, Number of times reported: 1

Sign: INTENTION TREMOR, Number of times reported: 1

Sign: INTRACRANIAL BLEEDING, Number of times reported: 1

Sign: IRON DEFICIENCY ANAEMIA, Number of times reported: 1

Sign: ITCHY EARS, Number of times reported: 1

Sign: ITCHY RASH, Number of times reported: 1

Sign: JOINT ACHE, Number of times reported: 1

Sign: JOINT CARTILAGE DISORDER NOS, Number of times reported: 1

Sign: JOINT OEDEMA, Number of times reported: 1

Sign: LACK OF EFFICACY (BACTERIA) - ANAPLASMA, Number of times reported: 1

Sign: LACK OF EFFICACY (BACTERIA) - BORRELIA, Number of times reported: 1

Sign: LARGE PLATELETS, Number of times reported: 1

Sign: LARYNGEAL IRRITATION, Number of times reported: 1

Sign: LESS SOCIAL, Number of times reported: 1

Sign: LEUKAEMIA, Number of times reported: 1

Sign: LICKING AT APPLICATION SITE, Number of times reported: 1

Sign: LIPOMA, Number of times reported: 1

Sign: LOCALISED NUMBNESS, Number of times reported: 1

Sign: LOCOMOTOR DISTURBANCE, Number of times reported: 1

Sign: LOOSE BOWEL, Number of times reported: 1

Sign: LOSS OF CONSCIOUSNESS, Number of times reported: 1

Sign: LOSS OF SMELL, Number of times reported: 1

Sign: LOSS OF VOICE, Number of times reported: 1

Sign: LOW IONIZED CALCIUM (CA; HYPOCALCAEMIA, IONIZED), Number of times reported: 1

Sign: LOW PANCREATIC ENZYMES, Number of times reported: 1

Sign: LOW SERUM ALKALINE PHOSPHATASE (SAP), Number of times reported: 1

Sign: LOW TEAR FLOW, Number of times reported: 1

Sign: LOW VISION, Number of times reported: 1

Sign: LYMPHOSARCOMA, Number of times reported: 1

Sign: MALODOUR, Number of times reported: 1

Sign: MENINGITIS, Number of times reported: 1

Sign: MOTOR DYSFUNCTION NOS, Number of times reported: 1

Sign: MOTOR NEURONE DISEASE, Number of times reported: 1

Sign: MOUTH ULCER, Number of times reported: 1

Sign: MUCOSA PETECHIAE, Number of times reported: 1

Sign: MUCUS IN EYE, Number of times reported: 1

Sign: MULTI-ORGAN FAILURE NOS, Number of times reported: 1

Sign: MUSCLE CONTRACTURE, Number of times reported: 1

Sign: MUSCLE PAIN, Number of times reported: 1

Sign: MUSCULOSKELETAL NEOPLASM NOS, Number of times reported: 1

Sign: MYOCLONIC JERK, Number of times reported: 1

Sign: MYOGLOBINURIA, Number of times reported: 1

Sign: NECROSIS NOS, Number of times reported: 1

Sign: NECROTIC WOUND, Number of times reported: 1

Sign: NEOPLASM RUPTURE, Number of times reported: 1

Sign: NERVE PAIN NOS, Number of times reported: 1

Sign: NERVOUS SYSTEM DISORDER NOS, Number of times reported: 1

Sign: NUMBNESS, Number of times reported: 1

Sign: OBSTRUCTIVE AIRWAY COUGH, Number of times reported: 1

Sign: OEDEMATOUS ERYTHEMA, Number of times reported: 1

Sign: OFF FOOD, Number of times reported: 1

Sign: OPEN MOUTH BREATHING, Number of times reported: 1

Sign: OPTIC NERVE DISORDER, Number of times reported: 1

Sign: OTHER COAGULATION ABNORMALITY NOS, Number of times reported: 1

Sign: OTHER EAR DISORDER NOS, Number of times reported: 1

Sign: OTHER IMMUNE SYSTEM DISORDER NOS, Number of times reported: 1

Sign: OTHER METABOLIC DISORDER, Number of times reported: 1

Sign: OTITIS INTERNA, Number of times reported: 1

Sign: OTITIS MEDIA, Number of times reported: 1

Sign: PANCYTOPENIA, Number of times reported: 1

Sign: PAPILLOMA, Number of times reported: 1

Sign: PAPULAR RASH, Number of times reported: 1

Sign: PAPULE, Number of times reported: 1

Sign: PARATHYROID DISORDER NOS, Number of times reported: 1

Sign: PASTY STOOL, Number of times reported: 1

Sign: PAWING, Number of times reported: 1

Sign: PELVIC LITHIASIS, Number of times reported: 1

Sign: PEMPHIGUS FOLIACEUS, Number of times reported: 1

Sign: PENILE ERECTION, Number of times reported: 1

Sign: PENILE PROTRUSION, Number of times reported: 1

Sign: PERIORBITAL OEDEMA, Number of times reported: 1

Sign: PERIPHERAL NERVOUS SYSTEM DISORDER NOS, Number of times reported: 1

Sign: PERIPHERAL VESTIBULAR DISORDER, Number of times reported: 1

Sign: PERITONEAL FLUID, ABNORMAL NOS, Number of times reported: 1

Sign: PERITONEAL HAEMORRHAGE, Number of times reported: 1

Sign: PERITONITIS, Number of times reported: 1

Sign: PERSISTENT COUGH, Number of times reported: 1

Sign: PETIT MAL EPILEPSY, Number of times reported: 1

Sign: PINNAL OEDEMA, Number of times reported: 1

Sign: POLYARTHROPATHY NOS, Number of times reported: 1

Sign: POLYCYTHAEMIA, Number of times reported: 1

Sign: POLYMYOSITIS, Number of times reported: 1

Sign: POLYP, Number of times reported: 1

Sign: POOR COAT CONDITION, Number of times reported: 1

Sign: PR-BONE MARROW, LESION(S), Number of times reported: 1

Sign: PROLAPSE OF THE NICTITATING MEMBRANE, Number of times reported: 1

Sign: PROLIFERATIVE GLOMERULONEPHRITIS, Number of times reported: 1

Sign: PROSTATE HYPERPLASIA, Number of times reported: 1

Sign: PROSTATE HYPERTROPHY, Number of times reported: 1

Sign: PROSTATIC DISORDER NOS, Number of times reported: 1

Sign: PROSTATIC TUMOUR, Number of times reported: 1

Sign: PR-PROSTATE, LESION(S), Number of times reported: 1

Sign: PULMONARY HYPERTENSION, Number of times reported: 1

Sign: PUPIL DISORDER, Number of times reported: 1

Sign: PURULENT RHINITIS, Number of times reported: 1

Sign: RAPID PULSE RATE, Number of times reported: 1

Sign: REDUCED FAECAL OUTPUT, Number of times reported: 1

Sign: RESPIRATORY SIGNS, Number of times reported: 1

Sign: RESPIRATORY SOUND, Number of times reported: 1

Sign: RETINAL DETACHMENT, Number of times reported: 1

Sign: RHINITIS, Number of times reported: 1

Sign: SALIVARY STAINING, Number of times reported: 1

Sign: SCALY CONDITION NOS, Number of times reported: 1

Sign: SEMI-CONSCIOUS, Number of times reported: 1

Sign: SENSORY ABNORMALITY NOS, Number of times reported: 1

Sign: SENSORY LOSS, Number of times reported: 1

Sign: SEROMA, Number of times reported: 1

Sign: SICK EUTHYROID SYNDROME, Number of times reported: 1

Sign: SKIN HAEMORRHAGE NOS, Number of times reported: 1

Sign: SLEEPINESS - NEUROLOGICAL DISORDER, Number of times reported: 1

Sign: SLOW HEART RATE, Number of times reported: 1

Sign: SMALL LIVER, Number of times reported: 1

Sign: SMELLY BREATH, Number of times reported: 1

Sign: SORE MOUTH, Number of times reported: 1

Sign: SPINDLE CELL TUMOUR, Number of times reported: 1

Sign: SPLEEN HYPERTROPHY, Number of times reported: 1

Sign: SPLEEN TORSION, Number of times reported: 1

Sign: SPLENIC NEOPLASM, Number of times reported: 1

Sign: STEATITIS, Number of times reported: 1

Sign: STUPOR, Number of times reported: 1

Sign: SUBDUED, Number of times reported: 1

Sign: SURGICAL SITE DISORDER, Number of times reported: 1

Sign: SWOLLEN FEET, Number of times reported: 1

Sign: SWOLLEN VULVA, Number of times reported: 1

Sign: SYSTEMIC FUNGAL INFECTION, Number of times reported: 1

Sign: TEAR FLOW INCREASED, Number of times reported: 1

Sign: TENDON INJURY, Number of times reported: 1

Sign: THROMBOEMBOLI, Number of times reported: 1

Sign: THYROID GLAND DISORDER NOS, Number of times reported: 1

Sign: THYROID TUMOUR NOS, Number of times reported: 1

Sign: TIC(S), Number of times reported: 1

Sign: TONGUE PROTRUSION, Number of times reported: 1

Sign: TOOTH LOSS, Number of times reported: 1

Sign: TORTICOLLIS, Number of times reported: 1

Sign: TRACHEAL AND LARYNGEAL DISORDER NOS, Number of times reported: 1

Sign: UNABLE TO CHEW, Number of times reported: 1

Sign: UNCONTROLLED DIABETES, Number of times reported: 1

Sign: UNCONTROLLED MICTURITION, Number of times reported: 1

Sign: UNKEMPT HAIR COAT, Number of times reported: 1

Sign: URINARY TRACT NEOPLASM NOS, Number of times reported: 1

Sign: URINARY TRACT OBSTRUCTION/BLOCKAGE, Number of times reported: 1

Sign: URTICARIA, Number of times reported: 1

Sign: URTICARIAL RASH, Number of times reported: 1

Sign: VAGINAL HAEMORRHAGE, Number of times reported: 1

Sign: VALVULAR INSUFFICIENCY, Number of times reported: 1

Sign: VISUAL FIELD DEFECT, Number of times reported: 1

Sign: VITAMIN DEFICIENCY, Number of times reported: 1

Sign: VOCALIZING WHILE SLEEPING, Number of times reported: 1

Sign: VULVOVAGINITIS, Number of times reported: 1

Sign: WBC, URINE, Number of times reported: 1

Sign: YELLOW MUCOUS MEMBRANES, Number of times reported: 1

## Species: Dog

### Route of Administration: UNKNOWN

Sign: LACK OF EFFICACY - NOS, Number of times reported: 19

Sign: DEATH BY EUTHANASIA, Number of times reported: 18

Sign: LETHARGY, Number of times reported: 16

Sign: NOT EATING, Number of times reported: 16

Sign: ATAXIA, Number of times reported: 15

Sign: DIARRHOEA, Number of times reported: 15

Sign: PANTING, Number of times reported: 15

Sign: LIMB WEAKNESS, Number of times reported: 14

Sign: DEATH, Number of times reported: 13

Sign: UNABLE TO WALK, Number of times reported: 13

Sign: VOMITING, Number of times reported: 13

Sign: URINARY INCONTINENCE, Number of times reported: 12

Sign: DRINKING A LOT, Number of times reported: 10

Sign: NOT HIMSELF/HERSELF, Number of times reported: 10

Sign: SEIZURE NOS, Number of times reported: 10

Sign: ANOREXIA, Number of times reported: 9

Sign: EXCESSIVE THIRST, Number of times reported: 7

Sign: NOT DRINKING, Number of times reported: 7

Sign: BEHAVIOURAL DISORDER NOS, Number of times reported: 6

Sign: FALLING, Number of times reported: 6

Sign: HIND LIMB PARESIS, Number of times reported: 6

Sign: INAPPROPRIATE URINATION, Number of times reported: 6

Sign: PACING, Number of times reported: 6

Sign: WEIGHT LOSS, Number of times reported: 6

Sign: WOBBLINESS, Number of times reported: 6

Sign: APPETITE LOSS, Number of times reported: 5

Sign: COGNITIVE DISORDER NOS, Number of times reported: 5

Sign: CONFUSION, Number of times reported: 5

Sign: COUGH, Number of times reported: 5

Sign: ELEVATED BLOOD UREA NITROGEN (BUN), Number of times reported: 5

Sign: FREQUENT URINATION, Number of times reported: 5

Sign: HEAD TILT - NEUROLOGICAL DISORDER, Number of times reported: 5

Sign: MUSCULOSKELETAL DISORDER NOS, Number of times reported: 5

Sign: PARTIAL LACK OF EFFICACY, Number of times reported: 5

Sign: UNABLE TO RISE, Number of times reported: 5

Sign: UNABLE TO STAND, Number of times reported: 5

Sign: ANXIETY, Number of times reported: 4

Sign: ELEVATED LIVER ENZYMES, Number of times reported: 4

Sign: EMESIS (MULTIPLE), Number of times reported: 4

Sign: FAECAL INCONTINENCE, Number of times reported: 4

Sign: KNUCKLING, Number of times reported: 4

Sign: LAMENESS, Number of times reported: 4

Sign: PAIN NOS, Number of times reported: 4

Sign: POLYDIPSIA, Number of times reported: 4

Sign: RELUCTANT TO MOVE, Number of times reported: 4

Sign: SHAKING, Number of times reported: 4

Sign: URINARY TRACT INFECTION, Number of times reported: 4

Sign: ABNORMAL RADIOGRAPH FINDING, Number of times reported: 3

Sign: ANAEMIA NOS, Number of times reported: 3

Sign: BLOOD IN URINE, Number of times reported: 3

Sign: COLLAPSE OF LEG, Number of times reported: 3

Sign: DISORIENTATION, Number of times reported: 3

Sign: DROOLING, Number of times reported: 3

Sign: ELEVATED ALANINE AMINOTRANSFERASE (ALT), Number of times reported: 3

Sign: GAGGING, Number of times reported: 3

Sign: GENERAL ILLNESS, Number of times reported: 3

Sign: IMPAIRED VISION, Number of times reported: 3

Sign: INAPPROPRIATE ELIMINATION NOS, Number of times reported: 3

Sign: PALE MUCOUS MEMBRANE, Number of times reported: 3

Sign: PANCREATITIS, Number of times reported: 3

Sign: POLYURIA, Number of times reported: 3

Sign: PROTEINURIA, Number of times reported: 3

Sign: RESTLESSNESS, Number of times reported: 3

Sign: UNCOMFORTABLE, Number of times reported: 3

Sign: ABNORMAL MOVEMENT NOS, Number of times reported: 2

Sign: BARKING, Number of times reported: 2

Sign: BREATHING DIFFICULTY, Number of times reported: 2

Sign: BUMPING INTO WALLS, Number of times reported: 2

Sign: CARDIAC ENLARGEMENT, Number of times reported: 2

Sign: CIRCLING - NEUROLOGICAL DISORDER, Number of times reported: 2

Sign: CRYING, Number of times reported: 2

Sign: DECREASED APPETITE, Number of times reported: 2

Sign: DEHYDRATION, Number of times reported: 2

Sign: DRY SKIN, Number of times reported: 2

Sign: ELEVATED GLOBULINS, Number of times reported: 2

Sign: ENLARGED LIVER, Number of times reported: 2

Sign: GASTRITIS, Number of times reported: 2

Sign: HEART MURMUR, Number of times reported: 2

Sign: HEAVY BREATHING, Number of times reported: 2

Sign: HIGH BLOOD PRESSURE, Number of times reported: 2

Sign: HIND LIMB PARALYSIS, Number of times reported: 2

Sign: HYPERACTIVITY, Number of times reported: 2

Sign: HYPERPROTEINAEMIA, Number of times reported: 2

Sign: INCREASED URINE VOLUME, Number of times reported: 2

Sign: LEUCOCYTOSIS NOS, Number of times reported: 2

Sign: LISTLESS, Number of times reported: 2

Sign: LIVER FAILURE, Number of times reported: 2

Sign: LOSS OF BOWEL CONTROL, Number of times reported: 2

Sign: LOSS OF HEARING, Number of times reported: 2

Sign: LYING DOWN, Number of times reported: 2

Sign: MASS NOS, Number of times reported: 2

Sign: MYASTHENIA GRAVIS, Number of times reported: 2

Sign: NEUROLOGICAL DISORDER NOS, Number of times reported: 2

Sign: NEUROLOGICAL SYMPTOMS NOS, Number of times reported: 2

Sign: PROPRIOCEPTION DEFICIT, Number of times reported: 2

Sign: RECUMBENCY, Number of times reported: 2

Sign: RENAL FAILURE, Number of times reported: 2

Sign: SKIN SORE, Number of times reported: 2

Sign: STARING, Number of times reported: 2

Sign: TIREDNESS, Number of times reported: 2

Sign: TREMOR, Number of times reported: 2

Sign: UNRESPONSIVE TO STIMULI, Number of times reported: 2

Sign: VESTIBULAR DISORDER NOS, Number of times reported: 2

Sign: WALKING DIFFICULTY, Number of times reported: 2

Sign: WEAKNESS, Number of times reported: 2

Sign: WHINING, Number of times reported: 2

Sign: ABDOMINAL PAIN, Number of times reported: 1

Sign: ABNORMAL MENACE REFLEX TEST, Number of times reported: 1

Sign: ABNORMAL SERUM PROTEIN NOS, Number of times reported: 1

Sign: ACUTE RENAL FAILURE, Number of times reported: 1

Sign: ADIPSIA, Number of times reported: 1

Sign: AGGRESSION, Number of times reported: 1

Sign: AGITATION, Number of times reported: 1

Sign: ARTHRITIS, Number of times reported: 1

Sign: ASCITES, Number of times reported: 1

Sign: BACTERIAL SKIN INFECTION NOS, Number of times reported: 1

Sign: BILIARY SLUDGE, Number of times reported: 1

Sign: BITING -AGGRESSION, Number of times reported: 1

Sign: BLADDER DISTENSION, Number of times reported: 1

Sign: BLOATED, Number of times reported: 1

Sign: BLOOD IN FAECES NOS, Number of times reported: 1

Sign: BLOOD IN VOMIT, Number of times reported: 1

Sign: BONE AND JOINT DISORDER NOS, Number of times reported: 1

Sign: BOUNDING PULSE, Number of times reported: 1

Sign: BRUISING, Number of times reported: 1

Sign: CARDIAC ARREST, Number of times reported: 1

Sign: CENTRAL NERVOUS SYSTEM DISORDER NOS, Number of times reported: 1

Sign: CLOUDY EYE, Number of times reported: 1

Sign: COLLAPSE NOS, Number of times reported: 1

Sign: CUTANEOUS HAEMANGIOSARCOMA, Number of times reported: 1

Sign: DECREASED HAEMOGLOBIN, Number of times reported: 1

Sign: DECREASED PULSE OXYGENATION, Number of times reported: 1

Sign: DIABETES, Number of times reported: 1

Sign: DIFFICULTY GOING UP/DOWN STAIRS, Number of times reported: 1

Sign: DIFFICULTY STANDING, Number of times reported: 1

Sign: DIGESTIVE TRACT DISORDER NOS, Number of times reported: 1

Sign: DIGESTIVE TRACT HAEMORRHAGE NOS, Number of times reported: 1

Sign: DISCOMFORT NOS, Number of times reported: 1

Sign: DISTENSION OF ABDOMEN, Number of times reported: 1

Sign: DYSPHAGIA, Number of times reported: 1

Sign: EAR INFECTION NOS, Number of times reported: 1

Sign: ELEVATED CREATININE, Number of times reported: 1

Sign: ELEVATED GAMMA-GLUTAMYL TRANSFERASE (GGT), Number of times reported: 1

Sign: ELEVATED LIVER ENZYMES NOS, Number of times reported: 1

Sign: ELEVATED RENAL PARAMETERS, Number of times reported: 1

Sign: ELEVATED SERUM ALKALINE PHOSPHATASE (ALP), Number of times reported: 1

Sign: ELEVATED SERUM ALKALINE PHOSPHATASE (SAP), Number of times reported: 1

Sign: ELEVATED SYMMETRICAL DIMETHYLARGININE (SDMA), Number of times reported: 1

Sign: EYE DISORDER NOS, Number of times reported: 1

Sign: FEVER, Number of times reported: 1

Sign: FLAKING SKIN, Number of times reported: 1

Sign: FLUID IN ABDOMEN NOS, Number of times reported: 1

Sign: FOCAL SEIZURE, Number of times reported: 1

Sign: GASTRIC PERFORATION, Number of times reported: 1

Sign: GENITAL TRACT LICKING, Number of times reported: 1

Sign: HAEMATURIA, Number of times reported: 1

Sign: HAIR LOSS NOS, Number of times reported: 1

Sign: HAIR MODIFICATION NOS, Number of times reported: 1

Sign: HEAD BOBBING, Number of times reported: 1

Sign: HEAD SHAKE - EAR DISORDER, Number of times reported: 1

Sign: HEAD TREMOR, Number of times reported: 1

Sign: HEARING AFFECTED, Number of times reported: 1

Sign: HEARING DECREASED, Number of times reported: 1

Sign: HEPATOMEGALY, Number of times reported: 1

Sign: HIDING, Number of times reported: 1

Sign: HIND LIMB ATAXIA, Number of times reported: 1

Sign: HORNER'S SYNDROME, Number of times reported: 1

Sign: HOT SPOT (PYOTRAUMATIC DERMATITIS), Number of times reported: 1

Sign: HYPERAEMIC MUCOUS MEMBRANE, Number of times reported: 1

Sign: HYPERKALAEMIA, Number of times reported: 1

Sign: HYPERPHOSPHATAEMIA, Number of times reported: 1

Sign: HYPERSENSITIVITY NOS, Number of times reported: 1

Sign: HYPERTHERMIA, Number of times reported: 1

Sign: HYPOALBUMINAEMIA, Number of times reported: 1

Sign: HYPOSTHENURIA, Number of times reported: 1

Sign: HYPOTENSION, Number of times reported: 1

Sign: HYPOXIA, Number of times reported: 1

Sign: INAPPETENCE, Number of times reported: 1

Sign: INCREASED APPETITE, Number of times reported: 1

Sign: INCREASED HEART RATE, Number of times reported: 1

Sign: INCREASED URINE CONCENTRATION, Number of times reported: 1

Sign: INFLAMMATORY BOWEL DISORDER, Number of times reported: 1

Sign: INVOLUNTARY DEFECATION, Number of times reported: 1

Sign: INVOLUNTARY MOVEMENT, Number of times reported: 1

Sign: JAW DISORDER, Number of times reported: 1

Sign: LABOURED BREATHING, Number of times reported: 1

Sign: LACK OF EFFICACY (ECTOPARASITE) - FLEA, Number of times reported: 1

Sign: LEUCOPENIA NOS, Number of times reported: 1

Sign: LIMPING, Number of times reported: 1

Sign: LIVER DISORDER NOS, Number of times reported: 1

Sign: LOCALISED HAIR LOSS, Number of times reported: 1

Sign: LOOSE STOOL, Number of times reported: 1

Sign: LUMBAR PAIN, Number of times reported: 1

Sign: LUNG TUMOUR, Number of times reported: 1

Sign: MALAISE, Number of times reported: 1

Sign: MUCOUS STOOL, Number of times reported: 1

Sign: MUSCLE WASTING, Number of times reported: 1

Sign: MUSCULOSKELETAL PAIN, Number of times reported: 1

Sign: MYELOPATHY NOS, Number of times reported: 1

Sign: MYOPATHY, Number of times reported: 1

Sign: NAUSEA, Number of times reported: 1

Sign: NON-REGENERATIVE ANAEMIA, Number of times reported: 1

Sign: OSTEOSARCOMA, Number of times reported: 1

Sign: OTHER ABNORMAL TEST RESULT NOS, Number of times reported: 1

Sign: OTHER IMMUNE SYSTEM DISORDER NOS, Number of times reported: 1

Sign: PROLONGED BLEEDING NOS, Number of times reported: 1

Sign: PROPRIOCEPTION LOSS, Number of times reported: 1

Sign: RED EYE, Number of times reported: 1

Sign: REGENERATIVE ANAEMIA, Number of times reported: 1

Sign: REGURGITATION, Number of times reported: 1

Sign: RESPIRATORY DEPRESSION, Number of times reported: 1

Sign: RETCHING, Number of times reported: 1

Sign: SHALLOW BREATHING, Number of times reported: 1

Sign: SIGHT AFFECTED, Number of times reported: 1

Sign: SKIN AND TISSUE INFECTION NOS, Number of times reported: 1

Sign: SKIN DISORDERS NOS, Number of times reported: 1

Sign: SKIN LUMP, Number of times reported: 1

Sign: SKIN SCAB, Number of times reported: 1

Sign: SKIN TEXTURAL CHANGE, Number of times reported: 1

Sign: SLEEP DISTURBANCE NOS, Number of times reported: 1

Sign: SLEEPINESS - NEUROLOGICAL DISORDER, Number of times reported: 1

Sign: SMELLY BREATH, Number of times reported: 1

Sign: SPASM, Number of times reported: 1

Sign: SPINDLE CELL TUMOUR, Number of times reported: 1

Sign: SPLENOMEGALY, Number of times reported: 1

Sign: SPONDYLOSIS, Number of times reported: 1

Sign: STAGGERING, Number of times reported: 1

Sign: SWOLLEN EYE, Number of times reported: 1

Sign: TACHYPNOEA, Number of times reported: 1

Sign: TAIL PARALYSIS, Number of times reported: 1

Sign: TENSE MUSCLES, Number of times reported: 1

Sign: TONGUE DISORDER NOS, Number of times reported: 1

Sign: TRAUMA NOS, Number of times reported: 1

Sign: TWITCHING, Number of times reported: 1

Sign: UNABLE TO JUMP, Number of times reported: 1

Sign: UNSTEADY GAIT, Number of times reported: 1

Sign: UNUSUAL STOOL COLOUR, Number of times reported: 1

Sign: URINARY RETENTION, Number of times reported: 1

Sign: VOCALISATION, Number of times reported: 1

Sign: WRY NECK, Number of times reported: 1

## Species: Human

### Route of Administration: OPHTHALMIC

Sign: EYE IRRITATION, Number of times reported: 1

Sign: EYE PAIN, Number of times reported: 1

## Species: Human

### Route of Administration: UNKNOWN

Sign: PUNCTURE WOUND, Number of times reported: 22

Sign: NEEDLESTICK INJURY, Number of times reported: 8

Sign: INJECTION SITE PAIN, Number of times reported: 6

Sign: INJECTION SITE BRUISING, Number of times reported: 2

Sign: INJECTION SITE SWELLING, Number of times reported: 2

Sign: CHEST DISCOMFORT NOS, Number of times reported: 1

Sign: ECCHYMOSIS, Number of times reported: 1

Sign: INJECTION SITE BLEEDING, Number of times reported: 1

Sign: INJECTION SITE HAEMATOMA, Number of times reported: 1

Sign: INJECTION SITE NUMBNESS, Number of times reported: 1

Sign: MENSTRUATION IRREGULAR, Number of times reported: 1

Sign: THROAT IRRITATION, Number of times reported: 1