Chad R. Fears, Esq. (SBN 6970)
Brody R. Wight, Esq. (SBN 13615)
Hayley E. LaMorte, Esq. (SBN 14241)
**EVANS FEARS & SCHUTTERT MCNULTY MICKUS LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
702-805-0290
cfears@efsmmlaw.com
bwight@efsmmlaw.com
hlamorte@efsmmlaw.com

Thomas J. Sullivan, Esquire (Admitted *Pro Hac Vice*)
Joseph H. Blum, Esquire (Admitted *Pro Hac Vice*)
Kevin B. Dulaney, Esquire (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA  19103
215-278-2555
tsullivan@shb.com
jblum@shb.com
kdulaney@shb.com

*Attorneys for Defendant Zoetis, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| JENNIFER STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS, INC.; and DOES I-XX, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-00989-JAD-EJY**<br><br>**DEFENDANT'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants Zoetis, Inc. moves for an extension of time to respond to Plaintiff's Amended Complaint from the current deadline of August

8, 2025[1] to August 22, 2025. Counsel for Plaintiff does not oppose this extension. (**Ex. A**). This extension request is to Defendant additional time to evaluate the amended allegations in the Amended Complaint and because of other pending deadlines. This is the first such request by Defendant.

Dated: July 29, 2025.

**EVANS FEARS SCHUTTERT MCULTY MICKUS**

*/s/ Chad R. Fears*
Chad R. Fears, Esq. (SBN 6970)
Brody R. Wight, Esq. (SBN 13615)
Hayley E. LaMorte, Esq. (SBN 14241)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant Zoetis, Inc..*

Thomas J. Sullivan, Esquire
(Admitted *Pro Hac Vice*)
Joseph H. Blum, Esquire
(Admitted *Pro Hac Vice*)
Kevin B. Dulaney, Esquire
(Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA  19103

**ORDER**

UPON CONSIDERATION of Defendant's Uncontested Motion for an Extension of Time to Respond to the Amended Complaint (ECF No. 21);

IT IS HEREBY ORDERED that Defendant's Uncontested Motion for an Extension of Time to Respond to the Amended Complaint (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that the deadline for Defendant to respond to the Amended Complaint is extended to August 22, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 29, 2025

**Case No. 2:25-cv-00989-JAD-EJY**

---

[1] *See* Fed. R. Civ. P. 15(a)(3) (requiring a response to an amended pleading within 14 days after service of the amended pleading).