Lawrence W. Freiman
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
310-917-1004
Fax: 310-300-2603
Email: lawrence@freimanlegal.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEVADA

| | |
|---|---|
| JENNIFER STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS, INC.; and DOES I-XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00989-JAD-EJY<br><br>Hon. Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND REPLY TO RESPONSE**<br><br>ECF No. 27 |

Plaintiff Jennifer Stephens ("Plaintiff") and Defendant Zoetis, Inc. ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant filed and served its Motion to Dismiss Amended Complaint on August 22, 2025;

WHEREAS, the Plaintiff's original deadline to respond to the Motion to Dismiss Amended Complaint, is September 5, 2025;

WHEREAS, counsel for the Parties have agreed to extend the current

---

**STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND REPLY TO RESPONSE**
**-1-**

deadlines;

WHEREAS, good cause exists for the extension for the reasons set forth above and in order to promote judicial economy by not burdening this Court with unnecessary motion practice and administrative tasks;

WHEREAS counsel for the Parties have accordingly agreed that Plaintiff's deadline to respond to the Defendant's Motion to Dismiss Amended Complaint should be extended by an additional seven (7) days to September 12, 2025 and the deadline for Defendant to Reply to Plaintiff's Response to Motion to Dismiss Amended complaint be set for October 3, 2025.

IT IS HEREBY STIPULATED that, subject to this Court's entry of an Order extending deadlines, Plaintiff shall have up to and including September 12, 2025 to respond to the Defendant's Motion to Dismiss Amended Complaint and Defendant shall have up to and including October 3, 2025 to Reply to Plaintiff's Response to Motion to Dismiss Amended Complaint.

Dated: September 5, 2025         FREIMAN LEGAL

                                          By:   /s/ Lawrence W Freiman
                                                  Lawrence W Freiman, Esq.
                                                  Attorney for Plaintiff

Dated: September 5, 2025         EVANS FEARS SCHUTTERT MCNULTY MICKUS

**IT IS SO ORDERED.**
                                          By:   /s/ Chad R. Fears
                                                  Chad R. Fears, Esq.
                                                  Attorney for Defendant

_____
**U.S. District Judge**  9/8/25
nunc pro tunc to 9/5/25