Chad R. Fears, Esq. (SBN 6970)
Brody R. Wight, Esq. (SBN 13615)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
702-805-0290
cfears@efsmmlaw.com
bwight@efsmmlaw.com

Thomas J. Sullivan, Esquire (*Admitted Pro Hac Vice*)
Joseph H. Blum, Esquire (*Admitted Pro Hac Vice*)
Kevin B. Dulaney, Esquire (*Admitted Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA  19103
215-278-2555
tsullivan@shb.com
jblum@shb.com
kdulaney@shb.com
*Attorneys for Defendant Zoetis, Inc.*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF NEVADA

| | |
|---|---|
| JENNIFER STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS, INC.; and DOES I-XX, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-00989-JAD-EJY**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND ALL RELATED DEADLINES** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Jennifer Stephens ("Plaintiff") and Defendant Zoetis, Inc. ("Defendant"), through their respective counsel, that the deadline for the parties to conduct a discovery conference under FRCP 26(f) and to file a discovery plan and scheduling order as well as discovery in this

1  action be stayed until the Court rules on Defendant's Motion to Dismiss (the "Motion"). Defendant filed the Motion on August 22, 2025 [ECF No. 24], Plaintiff filed a Response to Motion on September 12, 2025 [ECF No. 29], and Defendant filed a Reply on October 3, 2025 [ECF No. 30]. On October 8, 2025, the Court entered a minute order requiring the parties to file a proposed discovery plan and scheduling order by October 22, 2025. [ECF No. 31].

Defendant's Motion seeks dismissal of all pending claims in this case pursuant to FRCP 12(b)(6), or, in the alternative, it seeks an order striking Plaintiff's class allegations pursuant to FRCP 12(f). There is good cause for a stay of discovery until the Court considers and rules on the pending Motion. Even if the Court does not grant the motion in its entirety, an order striking Plaintiff's class allegations would significantly alter the needs of discovery in this action. Until the parties have more clarity on the scope of litigation, any discovery conference and any resulting discovery is potentially unnecessary pending a ruling on the Motion.

As such, the parties respectfully stipulate and request that the Court extend the deadline for setting a Rule 26(f) conference and/or filing of the discovery plan/scheduling order to be due thirty (30) days from the date on which this Court enters its Order on Defendant's Motion to Dismiss, should that conference or submission still be required.

DATED: October 13, 2025.

/s/ Chad R. Fears
Chad R. Fears, Esq. (SBN 6970)
Brody R. Wight, Esq. (SBN 13615)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
(702) 805-0290
cfears@efsmmlaw.com
bwight@efsmmlaw.com

Thomas J. Sullivan, Esq. *(Admitted Pro Hac Vice)*
Joseph H. Blum, Esq. *(Admitted Pro Hac Vice)*
Kevin B. Dulaney, Esq. *(Admitted Pro Hac Vice)*
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000

DATED: October 13, 2025.

/s/ Lawrence W. Freiman
Lawrence W. Freiman, Esq. (SBN 10588)
**FREIMAN LEGAL**
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
(310) 917-1004
lawrence@freimanlegal.com
*Counsel for Plaintiff Jennifer Stephens*

Philadelphia, PA 19103
(215) 278-2555
tsullivan@shb.com
jblum@shb.com
kdulaney@shb.com
*Attorneys for Defendant Zoetis, Inc.*

## **ORDER**

IT IS ORDERED, this 14th day of October, 2025.

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE